# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004
———
(516) 683-8500
———
FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN
!
MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

March 13, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  United States v. Navarro
20-CR-00160
Bail Conditions

Dear Judge Vyskocil:

> DENIED WITHOUT PREJUDICE to renewal upon a showing by defendant on or before March 23, 2020 of (1) the value of his Garden City home and (2) that there are no mortgages, liens or other encumbrances on his Garden City home that would have priority over the proposed confession of judgment in lieu of a second surety. The Request to extend Defendant Rhein's time to comply with bail conditions [ECF #56 and 62] is GRANTED. Defendant must comply with bail conditions on or before March 23, 2020.
> The Clerk is directed to close the motions at 55, 56, 62, and 67.
>
> Date: 3/16/2020
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

We represent defendant Kristian Rhein in the above-captioned matter. With the consent of the Government, the defendant respectfully requests that the bail conditions be modified for Kristian Rhein as follows: instead of requiring the defendant to post two sureties, he will be required to post one surety to secure the bond and file a confession of judgment on his Garden City residence to further secure the bond. The modification is that we are requesting to replace one surety with a confession of judgment on the residence of the defendant.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc: AUSA Andrew Adams
SPS/cn

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/16/2020