UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, GREGORY SKELTON, ROSS COHEN, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, HENRY ARGUETA, NICHOLAS SURICK, REBECCA LINKE, and CHRISTOPHER MARINO.

Defendants.

1:20-cr-160

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In furtherance of the Court's Standing Order [*In re Coronavirus/COVID-19 Pandemic*, M10-468, 20MISC00155] limiting access to the Courthouse in light of the Declaration of Emergency regarding COVID-19, parties are directed to submit to the Assistant United States Attorney Sarah Mortazavi (Phone: 212-637-2520; Email: sarah.mortazavi@usdoj.gov) no later than 12:00PM on Thursday, March 19, 2020 the name of every person who will be attending the arraignment and conference scheduled in this case for Monday, March 23, 2020 at 3:30PM and advise Ms. Mortazavi if any defendant needs the services of an interpreter.

**SO ORDERED.**

Date: March 17, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**