

# THE KREISS LAW FIRM
FEDERAL AND STATE CRIMINAL DEFENSE

1824 SOUTHEAST FOURTH AVENUE
FORT LAUDERDALE, FLORIDA 33316

TELEPHONE 954.525.1971
FAX 954.525.1978

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

> GRANTED. The Court accepts Defendant Navarro's waiver of appearance and grants counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Navarro should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.
>
> Date: 3/20/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

March 20, 2020

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
VIA CM/ECF

Re: <u>United States v. Navarro, et al. 20-CR-00160(MKV)</u>

Dear Judge Vyskocil:

    I represent Jorge Navarro in the above-styled case along with local counsel Melvyn K. Roth, Esq. Mr. Navarro appeared before United States Magistrate Judge Jared Strauss in the Southern District of Florida and was ordered to appear before this Court on March 23, 2020 at 3:30 p.m. for arraignment and the initial conference. I have attached for your review a written waiver of appearance at arraignment executed by Mr. Navarro and myself.

    Both Mr. Navarro and I reside in the Southern District of Florida. Considering the Coronavirus pandemic and the CDC's directive to avoid unnecessary travel, it is respectfully requested that Mr. Navarro's presence be waived at arraignment pursuant to FRCP 10(b) and that we be permitted to appear telephonically on the March 23rd. The government does not oppose this request.

    Thank you for your consideration in this matter.

Respectfully submitted,

Jason W. Kreiss, Esq.

WWW.KREISSLAW.COM