USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, GREGORY SKELTON, ROSS COHEN, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, HENRY ARGUETA, NICHOLAS SURICK, REBECCA LINKE, and CHRISTOPHER MARINO.<br><br>Defendants. | 1:20-cr-160<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The arraignment and initial conference in this case is scheduled for March 23, 2020 at 3:30PM. To date, seventeen of the nineteen defendants named in the indictment have waived personal appearance at the arraignment and have entered a plea of not guilty to the charges against them. Those waivers have each been accepted by the Court. The health crisis involving the Coronavirus and COVID-19 continues to evolve and escalate. Accordingly, it is hereby:

ORDERED that the arraignment scheduled for March 23, 2020 at 3:30PM is adjourned *sine die*.

IT IS FURTHER ORDERED that counsel to Defendants Ross Cohen and Alexander Chan shall promptly confer with their clients and advise the Court on or before 2:00PM on Thursday, March 26, 2020 whether their clients, defendants Messrs. Cohen and Chan are willing to waive personal appearance at arraignment. If so, the waiver of appearance must comply with Fed. R. Crim. P. 10(b) and should be filed promptly via ECF.

IT IS FURTHER ORDERED that the initial conference in this case scheduled for March 23, 2020 at 3:30PM is adjourned *sine die* and will be rescheduled to occur telephonically.

IT IS FURTHER ORDERED that all time until the rescheduled date of arraignment and initial conference shall be excluded under the Speedy Trial Act. The Court finds that in light of the COVID-19 health crisis, and in order to protect the health of all parties to this case and their counsel as well as the health of the public, the ends of justice served by exclusion of such time outweighs the interest of the public and the defendant in a speedy trial. All parties are reminded of Standing Order M-10-468, 20 Misc. 154, available on the website of the Southern District of New York at http://www.nysd.uscourts.gov/covid-19-coronavirus.

**SO ORDERED.**

**Date: March 22, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**