UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, GREGORY SKELTON, ROSS COHEN, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, HENRY ARGUETA, NICHOLAS SURICK, REBECCA LINKE, and CHRISTOPHER MARINO,

      *Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

1:20-cr-00160-MKV

ORDER MODIFYING
PROTECTIVE ORDER

  The Court hereby finds and orders as follows:

  WHEREAS on March 25, 2020 the Court entered a Protective Order (the "Protective Order") [ECF #157] to govern discovery materials in this matter; and

  WHEREAS on April 14, 2020, after entry of the Protective Order, the Court appointed Emma M. Greenwood as a coordinating discovery attorney (the "CDA") to organize global discovery [ECF #186]; and

  WHEREAS the CDA and third parties supporting the CDA will require access to the discovery materials in order to fulfill the CDA's court-appointed function; and

  WHEREAS the Protective Order does not explicitly authorize the disclosure of discovery materials to the CDA and individuals supporting the CDA;

  IT IS HEREBY ORDERED that the Protective Order is modified to expressly authorize disclosure to the CDA of all discovery material, including sensitive disclosure material, produced in this case.

IT IS FURTHER ORDERED that the CDA may disclose, make copies of, or reveal the contents of discovery material, including sensitive disclosure material, to defense counsel and to her employees who are assisting in the preparation and dissemination of such materials, and to third party vendors she may deem necessary to retain to process the material she receives, all in furtherance of fulfilling her duties and obligations under the Court's April 14, 2020 Order appointing her.

IT IS FURTHER ORDERED that Ms. Greenwood shall serve the March 25, 2020 Protective Order and this Order upon any such attorney, employee or vendor, instructing them that they are bound by their terms, and she shall instruct such other persons that further disclosure is prohibited.

SO ORDERED

Dated: April 16, 2020  
New York, New York

_____  
THE HONORABLE MARY KAY VYSKOCIL  
UNITED STATES DISTRICT JUDGE