UNITED STATES DISTRICT COURT IN AND FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JORGE NAVARRO, et al. )<br>Defendant )<br>) | Case No. 20-CR-00160-MKV |

### WAIVER OF APPEARANCE AT STATUS CONFERENCE

I, Jorge Navarro, am aware that based on the Court's Emergency Individual Rules and Practices In Light of COVID-19, a telephonic status conference is being held in this matter on June 30, 2020 before the Honorable Mary K. Vyskocil.

I hereby waive my right to be present in court for the above-mentioned telephonic status conference. I understand that my attorney Jason W. Kreiss, Esq. will appear on my behalf and represent my interests at that time. I will confer with my attorney to be apprised as to what transpired at the hearing.

I am currently being supervised by U.S. Pretrial Services in the Southern District of Florida and have been in compliant with all terms and conditions of my pretrial release.

I HEREBY DECLARE AND AFFIRM that the contents of this waiver are true and accurate to the best of my knowledge, information, and belief.

_____    6-26-20
Jorge Navarro                        Date

Respectfully Submitted:

*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.
Attorney for Defendant Navarro

The Kreiss Law Firm
1824 SE 4th Avenue
Fort Lauderdale, FL 33316
Tel. 954-525-1971
Fax 954-525-1978
Email: jwk@kreisslaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed this 26th day of June via CM/ECF and served on all counsel of record appearing on CM/ECF.

/s/ *Jason W. Kreiss*
Jason W. Kreiss, Esq.