# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA M. GLAVIN
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 11, 2021

<u>VIA ECF</u>

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/12/2021

Re:   <u>United States v. Jorge Navarro, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

    I represent Jason Servis in the above-referenced matter and write to respectfully request that the Court modify the briefing schedule for Phase Two Motions pursuant to this Court's November 17, 2020 Order (Dkt. 215), which set May 24, 2021 as the date to file those defense motions. Given the volume of discovery that we are still reviewing, I respectfully request that the Phase Two Motions schedule be modified as follows: defense motions due on June 28, government response due on July 28, and defense replies due on August 11.

    Counsel for the thirteen remaining co-defendants in this case join in this request, and the government consents to this modified schedule.

Respectfully submitted,

_____/s/_____
Rita M. Glavin

SK 06975 0001 8824215 v1

---

GRANTED. Phase Two Motion should be submitted on the schedule set out herein. SO ORDERED.

Date: 3/12/2021
New York, New York

Mary Kay Vyskocil
United States District Judge