| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/9/2021 |

UNITED STATES OF AMERICA,

        -against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,

        Defendants.

S6 20-cr-00160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the letter [ECF No. 355] dated May 6, 2021 from Andrew Feldman, counsel to defendant Seth Fishman, advising that he and certain defendants are "contemplating a [m]otion to [r]ecuse" the Court, and a letter [ECF No. 356] dated May 7, 2021 from counsel for the Government outlining certain case management proposals. The issues raised in these letters will be discussed at the conference in this case on Friday, May 14, 2021. Any motion seeking recusal must be filed on or before 12:00PM on Thursday, May 13, 2021.

    As previously noted [ECF No. 357], the conference will be conducted by videoconference. Links to access the conference have been sent to counsel for the Parties. Press and other interested parties can join by phone by dialing 917-933-2166 and entering Conference ID 910412302.

**SO ORDERED.**

Date: May 9, 2021
New York, NY

                               *Mary Kay Vyskocil*
                               MARY KAY VYSKOCIL
                               United States District Judge