USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,

Defendants.

S6 20-cr-00160 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On May 14, 2021, the Court held a status conference in this case. This order memorializes the schedule for this case moving forward as discussed at the conference.

Phase II Motions addressed to requests to suppress evidence must be filed on or before July 15, 2021. Oppositions to the motions must be filed by August 19, 2021. Any replies must be filed by September 9, 2021. To the extent Defendants receive additional discovery after the motion deadline which are appropriately the subject of a motion to suppress and wish to file motions based on it, Defendants, after consultation with the Government, should submit a letter to the Court on ECF proposing a briefing schedule for the motion.

Within thirty days of this Order, the parties should confer regarding the appropriate schedule for the disclosure of experts and proposed trial groupings in this case. On or before June 14, 2021, the parties must submit a joint letter with their proposals. To the extent the parties are unable to reach agreement on a proposed expert disclosure schedule and trial groups, the letter should separately set out the positions of the Parties on these issues. The Court intends for

1

the first trial in this case to begin in the fourth quarter of this calendar year, barring unexpected developments in the case or in the recovery from the COVID-19 pandemic.

The Parties must appear for a Status Conference on September 15, 2021 at 11:00AM. The Court will discuss with the parties at a time closer to the conference whether to hold the conference in person or remotely in light of ongoing concerns regarding COVID-19.

It is further ordered that all time between the date of this order and September 15, 2021 is excluded for the purposes of the Speedy Trial Act. The Court finds that the interests of justice furthered by providing Defendants time to review discovery and to contemplate and file motion, and by providing the Government time to oppose the motions and respond to any concerns regarding discovery outweigh the interests of the Defendants and the public in a speedy trial.

**SO ORDERED.**

Date:  May 14, 2021
       New York, NY

MARY KAY VYSKOCIL
United States District Judge