UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-cr-00160 (MKV) |
| -against- | **ORDER** |
| JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN and REBECCA LINKE | |
| Defendants. | |

_____

MARY KAY VYSKOCIL, United States District Judge

     As stated on the record at the conference on 5/14, the Court grants all requests from all defendants to waive appearances. The Court further grants all consent to proceed by video conference.

The Clerk of Court is respectfully requested to close the motions at ECF 367, 369, 370 and 371.

**SO ORDERED.**      Date: 5/18/21
New York, New York

Mary Kay Vyskocil
United States District Judge