UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/21
```

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO,

Defendant.

1:20-cr-00160-1 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

Change of Plea Hearing for Jorge Navarro is scheduled for 8/11/2021 at 9am before Judge Mary Kay Vyskocil.
The hearing will be held remotely. A link for access has been sent to all parties. Press and public may dial 917 933-2166 using conference ID 414370633.

.

**SO ORDERED.**

**Date: July 30, 2021**

MARY KAY VYSKOCIL
United States District Judge