UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

-v-

20 -CR- 00160 (__)(__)

JORGE NAVARRO ,
                Defendant(s).
-----------------------------------------------------------------X

Defendant __JORGE NAVARRO_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**X** Felony ~~Misdemeanor~~ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Jorge Navarro**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Jason W. Kreiss**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___8/11/21___
Date

_____
U.S. District Judge/U.S. Magistrate Judge