UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
                                  :   CONSENT PRELIMINARY ORDER
    - v. -                        :   OF FORFEITURE/
                                  :   MONEY JUDGMENT
JORGE NAVARRO,                    :
                                  :   S6 20 Cr. 160 (MKV)
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - - x

WHEREAS, on or about November 5, 2021, JORGE NAVARRO (the "defendant") was charged in a Superseding Indictment (the "Indictment"), with two counts of conspiracy to commit misbranding and adulteration of drugs in interstate commerce, in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Sections 331 and 333 ("Count One" and "Count Three," respectively);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Sections 334, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property (the "Forfeitable Property");

WHEREAS, on or about August __, 2021, the defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 21, United States Code, Sections 334 and 853, and Title 28, United States Code, Section 2461(c), a sum of money equal to $70,000 in United States currency representing the value of the Forfeitable Property;

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the Forfeitable Property cannot be located upon the exercise of due diligence;

WHEREAS, the defendant consents to the entry of the Money Judgment in the amount of $70,000 in United States currency representing the value of Forfeitable Property;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorneys Andrew C. Adams and Sarah Mortazavi, of counsel, and the defendant, and his counsel, Jason W. Kreiss, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, the Money Judgment in the amount of $70,000 in United States currency (the "Money Judgment"), representing the value of the Forfeitable

Property shall be entered against the defendant, and shall be paid in full by the defendant at the time of sentencing.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, shall be deemed part of the sentence of the defendant and will be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by overnight mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions,

interrogatories, requests for production of documents and the issuance of subpoenas.

      6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      7. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[Continued on Following Page]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____  7/29/2021
ANDREW C. ADAMS          DATE
SARAH MORTAZAVI
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007

By: _____  7/29/21
JORGE NAVARRO            DATE

By: _____  7/29/21
JASON W. KREISS, ESQ.    DATE
Attorney for Defendant

SO ORDERED:
_____  8/11/21
HONORABLE MARY KAY VYSKOCIL   DATE
UNITED STATES DISTRICT JUDGE