None

Linesheet   User:   Timothy J. Bergen



| | | | | | |
|---|---|---|---|---|---|
| Session: | 22005 | Classification: | Pertinent | Direction: | Outgoing |
| Date: | 03/03/2019 | Content: | Audio | Associate DN: | -7264 |
| Start Time: | 09:58:53 EST | Primary Language: | English | In/Out Digits: | 7264 |
| Stop Time: | 10:00:53 EST | Complete: | Completed | Subscriber: | |
| Duration: | 00:02:00 | Monitor ID: | kurena | Participants: | NAVARRO, JORGE; Tannuzzo, Michael |

**Synopsis 1**

Michael Tannuzzo - Jorge Navarro

JN "The horse came out of the workout good Mikey"

MT "He looked good"

JN "What I'm going to do is tap his ankles, put him in a series every week with SGF. I'm just trying my vet to give me a good price man because I want to fucking charge to fucking tap every week."

MT "You're going to tap him every week"

JN "Yeah with SGF thats what I did with XY JET. I'm going to call my vet up north to see, my surgeon to see how he did it to XY JET and thats it. Don't worry Man you're in good hands don't worry."

MT "You're talking about the HGF not the SGF"

JN "Yeah yeah yeah whatever the SGF whatever. The thing that you sent me the syringe."

MT "Yeah"

JN "Yeah. Yeah and he is getting one of those SGF 1000 whatever. He's getting one today. And thats it big daddy I'm going to work the horse on the turf right now and hit the road. Got two horses running today"

