UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

20 Cr. 160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    At the request of certain Defendants, the Status Conference in this case scheduled for September 15, 2021 will be held in person in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, with an option to participate remotely by videoconference.

    In order to ensure that the proceeding complies with the current COVID-19 protocols of the Southern District of New York, the parties are directed to inform my Courtroom Deputy by email (roseanne_dempsey@nysd.uscourts.gov) by 12:00PM on Monday, September 13, 2021 whether they intend to appear in person or remotely, along with the following information:

- For any party intending to appear in person, the names of any individual who will attend;

- For any party appearing remotely by videoconference, the Waiver of Personal Appearance and Consent to Videoconference forms previously circulated by the Court.

Links to participate in the videoconference will be sent to the parties following receipt of this information. The parties are reminded that while they are in the courthouse, they will need to adhere to the social distancing and masking requirements then in effect.

Interested members of the press and public may attend the conference by telephone using the following dial-in information:

- Telephone Number: 1-917-933-2166

- Conference ID: 207405766#

**SO ORDERED.**

Date:  September 9, 2021
      New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge