UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/2021
```

UNITED STATES OF AMERICA,

        -against-

JORGE NAVARRO, et al

        Defendant.

1:20-cr-0160 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

      All CJA counsel are reminded that they should contact Alan Nelson in order to prepare a propose budget for this mega-case.  The Court will not approve any vouchers unless a budget for the case previously has been approved.

.

**SO ORDERED.**

**Date: September 27, 2021**

MARY KAY VYSKOCIL
United States District Judge