```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __11/4/2021__<br><br>20 Cr. 160 (MKV)<br><br><u>ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

On November 4, 2021, the Court held a conference in this matter. The Court noted that the motions to suppress evidence filed by Defendants Jordan Fishman, Marcos Zulueta, and Christopher Oakes [ECF Nos. 432, 435, 436, and 449] have been WITHDRAWN. The Court DENIED all of the remaining motions to suppress pending on the docket [ECF Nos. 434, 437, 440, 445, 448, 452, 455], noting some of the reasons for the denial of those motions, and stated that a written opinion is forthcoming.

At the conference, the parties discussed with the Court proposed trial groupings. On the consent of all parties involved, IT IS HEREBY ORDERED that Group I shall consist of Defendants Seth Fishman and Lisa Gianelli, and Group II shall consist of Defendants Rick Dane, Jr. and Rebecca Linke. The Group I defendants previously were advised that the Court will request that trial be scheduled for the first quarter of 2022 commencing on or about January 19, 2022. The previously endorsed pre-trial scheduling order regarding Group I is modified to include a proposed verdict form in the materials to be filed on or before January 3, 2022. The Group II defendants are on notice that the Court will request a trial date for the latter part of the

first quarter of 2022 and must be prepared to proceed to trial at that time. The attorneys for the government and for the Group II defendants shall meet and confer and submit to the Court a proposed schedule for pre-trial deadlines with respect to Group II.

IT IS FURTHER ORDERED that, within one week, the government shall confer with counsel for Defendants Erica Garcia, Michael Tannuzzo, Jason Servis, and Alexander Chan about the government's proposal to try those defendants together in a Group III trial. By November 18, 2021, counsel for those defendants shall file a status letter and a proposed briefing schedule for any severance motions.

IT IS FURTHER ORDERED that, on the consent of the defendants and for the reasons stated on the record, all time is excluded in the interest of justice until January 13, 2022.

The Clerk of Court is respectfully requested to terminate the motions at docket entries 432, 434, 435, 436, 437, 440, 445, 448, 449, 452, and 455.

**SO ORDERED.**

**Date: November 4, 2021**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**