UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/1/2021__

20 Cr. 160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Clerk's Office has released the trial calendar for the first quarter of 2022. This case received the first back-up slot to begin a trial on January 19, 2022, and the parties must be prepared to begin the trial of the Group I defendants on that date. This case also received the third back-up slot to begin a trial on March 21, 2022, and the parties must be prepared to begin the trial of the Group II defendants on that date. If the January 19, 2022 trial slot does not become available, the parties should plan to proceed with the Group I trial on March 21, 2022, and the Court will request a second-quarter slot for Group II.

**SO ORDERED.**

Date: December 1, 2021
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**

1