The Honorable Mary K. Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

Dear Judge Vyskocil,

My name is Jennifer Navarro. I am married to Jorge Navarro for 7 years and together for 21 years total. I have 3 children with Jorge Navarro and live in Ocala Florida. I have been around and involved with horse racing my entire life. My dad, James Harries was a jockey and horse trainer in Kentucky and California, as well as my mother Cindy Harries a horse trainer. I have traveled all over the United States since I can remember as a child.  My family has been in the thoroughbred business for  many years, being from California and Kentucky. My dad grew up at Santa Anita, and Delmar on the backside. My grandmother dated Bill Shoemaker and then ended up marrying a jockey. Breeding, raising, and training thoroughbreds has been our life. Horse racing has always been a big part of my family. I was an exercise rider working for some of the best trainers at some of the biggest racetracks across the United States. I grew up most of my childhood in Kentucky, galloping horses at Churchill Downs, Keeneland, Turfway Park and traveling to many other tracks with my parents.

I met Jorge when I traveled with my father to South Florida in the winter of 1999.Jorge's stepfather hired me as an exercise rider, and I took the job as a freelance rider. I was working for my father at the time also at the track Calder Casino Racecourse. Jorge and I became great friends before our relationship grew into something stronger. At the time Jorge was working as an assistant for  his stepfather Julian Canet.  Jorge and I grew and our love for the business grew stronger. I saw a passion in Jorge that made me fall in love with him.  I saw the desire to love a horse the same way I did. There were so many great qualities I admired about Jorge. He always loved taking the horses that no one liked no one wanted and was able to turn them around. A  little attention  and TLC goes along way. Keeping a Horse happy from, the stall to the track, from the rider and groom, his horses had it all. I traveled all over the United States with my first child and Jorge, while he was an assistant, watching him build the names for  these

trainers. They were taking all the credit and Jorge was doing all the work. Long hours at the barn. He was always the first to get there and the last to leave. His enjoyment was to walk down the shed row of the barn and whistle and see all his horses come to the front of the stalls. He showed each horse love every day before calling it quits for the day. I watched this man go from being an assistant to being one of the best horsemen I know. He was one of the best leaders in a shed row. Workers loved him, they even followed him when Jorge decided to take that leap of faith and take out his own trainer's license for himself. He had workers that worked with him as an assistant to working for him for many years, 17 years or more. Jorge gave opportunity to the less fortunate. He taught and helped so many people. He always had a way to encourage people to do the right thing. Jorge mentored so many people. I think Jorge even to this day will always have that impact on people. This is one thing they will never take from him. His love, his passion his way of being, his family and the overall loved he devoted into an industry that took every from him. He gave power to the people who had none, he gave hope to the people who said they couldn't but could. I have seen a man that has done everything in his power to get out from under a stereo type that was so unfair. I have seen a man suffer beyond his breaking point, and to this day is still strong keeping his faith and continuing to stay as strong as he can knowing he lost everything he ever loved when it came to his career and his horses. This man lived breathed and loved horse racing more than anyone I have ever seen. I have never seen someone study the racing form, and watch races to late hours the way he did. Jorge knew every single horse in his barn by name not by number. I have worked for many trainers who could not tell identify their horses. He could see a horse walk around the corner of the shed row and tell you exactly who it was.

Our relationship was not always great. There were many times I needed him and felt like the horses and his career were consuming all his time. I know he was under a lot of pressure from owners, but he did the best he could while he could. Jorge took his family very seriously but sometimes I felt his horses would take up most of his time. We did get through some rough patches and continue to grow stronger. I feel like a lot of his pressure came as his career grew. Jorge handled the stress the best he could, and we always stayed strong as a couple and as a family to get through any obstacles we faced. Through everything that he has faced I am truly grateful for the courage he has shown our kids. Because of his

strength our kids have been able to get through this rough time in our lives. Our kids have maintained straight *A's* in all honor classes at the top of their class, and do not judge or look down upon their daddy.  One of our strengths was keeping the family as a whole wherever his career took us. When Jorge had to travel for races, we always stuck together and traveled as a family. This how we were able to stay together and be as strong as we have been.

I believe in my heart that the racing industry lost a true horseman, a person who was willing to give his life to a career that would eventually take every ounce of his soul.  Jorge  was the  one who opened doors for  so many that never  thought they had a chance. I know some people did not like Jorge but there were so many more who loved him and will truly miss him. If you were to truly know a real horseman, that person would be my husband, Jorge Navarro.

Sincerely with Respect,

Jennifer Navarro

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


Honorable Judge Mary K. Vyskocil

My name is Rosaura Reyna. I am 90 years old and the grandmother of Jorge Navarro. I am asking my granddaughter to help me with this letter. I know about the letters because I have heard them talk about it. I want to write one on behalf of my grandson. I have been a Christian all my life. I am a big believer that circumstances happen for a reason. I know God has better plans for my grandson. I don't know much about horse racing but over the years watching the races with my family during the happier times let me believe he was doing well with horse racing. But as years went by and his business grew, I had many conversations with his mother about the stress he was under. There are many family gatherings and there were times I saw my grandson pretend he was ok, but I knew something was not. I saw sadness in his eyes, and he was always on the go. Your Honor, I not here to tell you how great he was, I am positive all his loved ones have all told you that. I am here to let you know the man that I raised to this day is still the same strong family supporter and Christian follower. He visits the family once a month since this situation has occurred because he moved to Ocala. But when my grandson comes to visit, he is still the same Jorge, always bringing me my favorite treats. We just sit and talk about old times and some of the craziest things just to get a laugh. Your honor when I see my baby smile, and still worry about others around him, I ask myself "how strong is this man," knowing all the trouble he

has been delt with, and still finds strength within to makes others happy. That's the kind of man I raised. I'm 90 years old and my time is limited due to my age. I would love to keep laughing and smiling with my grandson until the day I am put to rest.

Thank You for your time,

Rosaura Reyna

Rosaura Reyna

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


Dear Judge Mary K. Vyskocil,

My name is Orietta Canet. I am the mother of Jorge Navarro; he is my son. I 62 years old, I live in plantation Florida with my youngest daughter. I am a grandma of 18 grandkids and great grandma of 2. I moved to this country in 1983 looking for a better opportunity for my 4 children at the time. When my ex-husband, the father of my first four kids decided to walk out and abandon us I chose to make a better life for my children and move to the United States. I met my deceased husband Julian Canet and he helped me bring them to this country. I am now widowed as of this year when my husband died of Covid 19. He was a horse trainer, and this is where my sons learned about horse racing. As young kids I never wanted my children to follow him into that industry, knowing the ups and downs that a trainer must go through with owners and racetracks. I wanted a better life for my children. But they grew a love for horses and the racing. Over the summers they would go to the barn and hotwalk for there stepdad, and this is how everything started. There passion grew for the horses. Over the years my son would beg me to come to the track so I could see what I have done with my life. I would tell my son at that time I have seen it all at the track, there is nothing you can show me being around the track with Julian Canet. But as years went by, I saw my son grow as a man and travel with his girlfriend at the time (now wife) all over the United States being and assistant for other trainers. We would talk every day and he would tell me everything that he was going through and place he would travel. There were times he wouldn't have enough money to afford an apartment and he would have to stay on the back side a few nights to get by until he was able to pay for an apartment. My son has been through many ups and downs being at the track but was strong enough to rise above and do the right thing and become a successful man running his own barn and employees. I saw my son become one of the best horse trainers, even surpassing my late husband. His accomplishments are because of hard work, determination, long hours at the barn and the love he had for the industry I so wanted him to stay away from. This was what he loved so I

supported him always. I wanted my son to succeed, and I was so proud and am still proud mother. My son stood up as a man and took the lead in our family and was the role model for all my family young ages to older. My son has helped me when no one else could, he pays my phone, my insurance, he even paid my home for as long as he could before it was sold in. Everything he has done was for the love of horse racing and his family. To better himself and have something to show for it. My son went out of his way to buy me a new car and to this day I still have it and he pays it out of what little he has left of savings. My son would give the shirt of his back for anyone in need even if he has nothing to give, he will find a way to help. He has been the leader in my family, and I am so grateful and blessed that he has stayed strong in the eyes of his family even though I know he is suffering inside by the events that have recently happen. My son is a good man, loving brother, father, grandpa to his two young grandkids. I need my son, and his family needs him. Please take into consideration my heart felt love and understand what my son means to myself and so many.

Sincerely,

Orietta Canet
(Mother)

Honorable Mary K. Vyskocil

Dear United States District Judge Vyskocil,

My Name is Cindy Harries. Jorge Navarro is my son in law, and I have known him for over 21 years. He is married to my daughter Jennifer Navarro. His dream has always been to train thoroughbreds. He started off as a claiming trainer when he first got his license. He told me once he claimed a horse, he would go over them starting with the foot of a horse and would work his way up the leg to get a feel for any problems a horse might have. Jorge's goal for each horse was to ensure that his horses would be happy horses, and love to train and not be forgotten like they are in many barns. He always took excellent care of all his horses, whether it was feed, hay, supplements, even ice, and cooling clay (poultice)for tired legs, after work outs.  All horse were done up in 4 bandages every day as a protection. My daughter used to complain about how much money he spent on his horse's care. When Jorge would place an order with the tack shop it would always be over the top. He wanted to make sure the grooms never ran out of supplies when it came to his horses at the track.  His bedding had to be a foot and half deep in each stall making it sure the horses were always comfortable.  Jorge would walk the barn every day with his kids my grandkids passing out treat's carrots by the buckets, pepper mints by the bag full.  Even the owners' kids and grandkids loved giving treats when they would come to the barn.  I remember my daughter telling me he would spend 2,000 a month just on carrots.  I have two retired horses at my farm that Jorge trained over there career that are still spoiled to this day with carrots and pepper mints. Town Policy and Delta Bluesman.  They are retired and enjoying life, my grandkids get to spoil them and ride them anytime they like.

Jorge always tried to hire the best help.  Weeding through the bad at time to find the best workers.  He paid them very well, always keeping his help happy, he knew he had to be a top payee to get the best help at the track.

I remember being so impressed with the way Jorge cared for his horses that I bred my own 2 mares to Florida stallions just so Jorge could train them for me. I missed having horses and Jorge brought back that spark in me with my daughter. I was so excited to have a couple race horses again. So three years later Jorge was training my babies. I had so much fun with those two horses. Jorge always placed his horse in races they could do well. He believed running a horse where it belonged, never running them over their heads and breaking there hearts in a race. We win 11 races with the filly Band Of Angels and 9 races with the gelding Town Policy. Even my worry of them getting claimed didn't stop us from having a great time for their 8 years of racing these two horses. They are both retired now. Most horses now don't have long careers like that. That being said should show you how well Jorge cared for his horses. They lasted for years and were sound and happy. They are both retired now sound because of the care Jorge gave them. I am grateful. Between the two horses that was over 50 races. When they needed some time off to be a horse Jorge would send them home in Ocala for a rest at my farm. Two or three months off for some R&R.

I can remember one of Jorge's favorite horse XY Jet. That Horse loved Jorge; I mean I never seen anything like it. That horse was mean with everyone and not easy to deal with. That horse was such a diva. Jorge would just stand there and XY Jet would pin his ears flat against his head and come towards Jorge who never twitched, and he would just stop and let Jorge pet him and kiss him on the nose. When XY Jet died walking in the shed row that morning after a routine gallop, a part of Jorge died too. He was such a huge part of who Jorge really was, a young nobody who came up through the ranks and got recognized as a really good horseman with a great little horse. Jorge had other up and coming horses too, but XY Jet will go down as his all time favorite. He took Jorge to Dubai 3 times. Running 2nd twice and winning the third time around. I was so proud of the Little Grey Horse and Jorge. I was there in Dubai with them the 2nd year he ran 2nd. I will never for get how hard Jorge worked and took his time with that Grey Gelding. That was definitely and experience I will never forget and I will cherish. I had a painting done of XY Jet galloping in the morning at Dubai track from a friend of mine for Jorge for a Christmas gift.

Its sad now horses aren't a part of Jorge's life anymore, not one-horse picture hangs in my daughter or Jorge's home. So many memories and good times all put

in boxes and put in the garage to never be hung in pride for all to see and remember. Meanness and greed stain the horse industry these days and yes Jealousy too.  For a kid from Panama who only wanted to be the best trainer he could be with fast horses, life will never be the same again.

Jorge has his family, and they are very important to him.  They have been his rock through the most unfair devasting time of his life. I am one of them also.  I love and respect Jorge and always will because in my heart he was and will always be a true horseman.  He is a good man and everything he ever lived for was taking away.  He lost everything when they took his livelihood and his horses away from him.  He has been through enough trying to prove his worth to all the upper classmen.  In my eyes he is one of the best horsemen to set foot on any thoroughbred racetrack.

Sincerely,

Cindy Harries (Horse Lover)

**The Honorable Mary K. Vyskocil**
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

My name is James Edward Harries. I am a father of two beautiful kids Jennifer Navarro, who is married to Jorge Navarro and my Son Thomas Harries. I live in Ocala Florida with my wife June Harries. I have 6 grandchildren. Taylor Harries, Miah Navarro, Jorge Navarro, and Austin Harries plus Ashley and Christian Navarro. I have been involved with thoroughbred horses my entire life. I was Jockey many years ago in California and rode at many places. I Was also a horse trainer for over 30 years. I am currently driving for Creech Horse Transportation. I haul horses with my wife all over the United States. I have been at my job for now 12 years.

I have known Jorge Navarro for over 21 years. I met him when he and my daughter started dating 21 years ago. Jorge met my daughter with her daughter Taylor. He took her in and has raised her as his own. Never missing a beat when it came to his kids. I have watched him grow up to a be a great person. Our relation has been strong and always very close. I have witnessed his passion and love for the horse and sport of thoroughbred racing. When I was running the farm in Ocala for Allan Hamilton at the gallops farm in Reddick. I remember him being there always watching the way I ran the farm and the breaking of young horses. He would come out and watch me start are young horses and always be willing to jump in and help. Jorge was the type to always go that extra mile to learn and make sure his horses were the best looking, best fed, and well taking care of. I watched this man go from being an assistant to breaking babies in Ocala to becoming one of the best horseman's I know. I have been around many great ones growing up in California and being at Delmar and Santa Anita. I have heard my daughter complain that he "cares more for his horses than me".   He has worked hard to get where he was before this all happen. I always had communication with Jorge because he was married to my daughter. I would talk to them everyday about the horses and where they were. They always traveled and did the best they could. I know Jorge always family is best together, so where Jorge was his family was too.

Jorge is the type of guy who would give the shirt off his back to help the little guy. He loved helping the small guy, giving them chances to excess and move up in life. I have seen Jorge accomplish so much with his passion and hard work. His work, his horses, his employees, his family, his friends, always had the best. I have seen Jorge have horses under his care for years. He took such great care of his animals that they were able to have a successful career as a racehorse. Lasting in his barn for over 5 years. That says a lot of how well he cared for his barn and horses. Employees he had working with him as an assistant to working for him for many years. Jorge was loved by many. I remember him telling me Mr. Harries after going to the sales at OBS before he was really known as a trainer, "Will they ever respect me, Will the big owners ever give me a chance." I told him they will son, keep up the good work and work hard for it. He always and will always give 100% towards what he loves.

Jorge will always contribute to society and the community. He has always been the big brother to the small guy.  And Jorge was the guy to let the small guy shine.

He will give his heart and sole to make sure his claimer was taken care of the same way his stake horse was. Every horse in the barn he knew them by there name they were never a number.   Jorge was so good he could see a horse on the other side of the track, and he could tell you who it was. I have been to the track with him and his owners watching them train and he would know every horse. There are so many trainers that couldn't do that. This is how much he paid attention to his barn and employees. I know Jorge has worked extremely hard to make a name for himself and has been through many up and downs. I can tell you this, he is a great Son N Law, Father, Brother, Husband, and Uncle, even to the people not related.

All Jorge has ever known is racehorses and the racetrack. His work ethic will always define who is. Just a great guy who is truly missed by many who truly knew him as Jorge.


Sincerely,

James E. Harries
352-215-4461

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

Your Honor, My name is Christian Navarro and I am 24 years old. I am Jorge Navarro's son. I am happily married to my wife Jessica Navarro and I reside in Hollywood Florida with two young beautiful daughters who have a healthy growing relationship with their grandfather. I am currently working in the A/V industry servicing all of south Florida. For as long as I could remember my father has always been a very hardworking man. There are a fair share of accomplishments of my father that I know of and one of them is how he started. He started from the bottom and worked his way up the ladder through sweat, determination and hard work. I have always looked up to my father for his incredible work ethic.

As a child my favorite moments with my Father were waking up early in the morning, Sitting in a golf cart facing the track watching the horses train. He has always amazed me with how intuitive he is with the horses, especially when it came to spotting out certain things going on with a horses needs and injuries. My father was an exceptional trainer to say the least. Even from the earliest years walking into the racetrack with him was as if I was walking next to a celebrity. I have always admired the way he treated everyone with the same respect and was able to work any room with good laughter to put a smile on any one around him.

My father was the type to help anyone out no matter what it was. He always saw something in everyone. He always made sure everything and everyone was taken care of before he took care of himself. Truly a man of great character with good values. Due to this, his quality of being has shined on others with a sense of inspiration and admiration. I think he is a great contribution to his community and a greater benefactor to society. He is loved by many and respected by more to say the least. Overall, the qualities he has exhibited have shown that he will continue to be a helping hand to his community, his family and others.

Thank You,

Christian Navarro

**The Honorable Mary K. Vyskocil**
United States District Court Judge For The
Southern District Of New York
500 Pearl Street
New York, NY 1007-1312

My name is Taylor Marie Harries. I am 22 years old and I am the daughter of Jennifer Navarro and Jorge Navarro. I currently live in Ocala with both of my parents and enrolled in massage therapy college; which I will graduate in December 2021. I have 4 siblings, Jorge, Miah, Ashley and Christian. I am the middle child out of the bunch and the oldest in the household. I currently work at a pharmacy being a tech in ocala while enrolled in school. I plan on eventually making my own business with massage therapy so I can help heal others.

My father Jorge came into my life at 2 months old and fulfilled a father figure my entire life without any question. He never once treated me as if I wasn't his daughter even though I wasn't. The only man I've known as my father has been Jorge my entire life due to me having no contact with my actual dad. Our relationship has been pretty strong and close over the years of us traveling and working together. I grew up watching him being a strong leader and hard worker from a young age. He inspired me so much while I was growing up because I wanted to be just like him, a person who loved and cared with so much passion about his job/life. I never met a harder worker than my father. I've seen him stay up late nights studying his horses and waking up early mornings at 5 am just to drive an hr away to be at his barn and make sure everything was going well. His love and his passion for his horses were beyond something a normal person could comprehend. He cared more about his horses' health and how they were doing more than anything in this world. He is the reason behind my love for animals and horses. That man put so much effort into making sure he understood every single one of his horses; It didn't matter if we had 200 horses in the barn, he knew everything about every single one of them. With that being said, the amount of love he put into his horses always came back to us. The horses repaid him for his love by doing well in their performances. Which led to us as a Family to be blessed to travel the world with them and experience races in Dubai and Kentucky.

My father always made sure to include his family everywhere he went, he always wanted us to be there right beside him and experience it with him. One year when we raced XY Jet in Dubai he brought the entire family with him; from kids to our grandmothers, a group of 20 people went to dubai to experience that journey with him. My dad has always been the helper and the people pleaser. He wants to make sure everyone around him is good before himself. He always taught me while

growing up to keep family close. That's something that I will carry on over the years to keep those loved ones close.

Jorge's character is the good guy with a serious face. Behind his face, he holds a huge heart where he cares and cherishes everyone above himself. He loves hard and has strong emotions hidden behind his hard persona. I have seen the most loving sides of him that he shows only to those he trusts and it's something so beautiful and empowering to me. The way he loves his people and animals, is the way I would want people to love me. He is passionate, caring, strong minded, hard working, and everything that this society needs. He is what we need in our family. My younger siblings who aren't of age to see the things I saw with my father over 22 years of my life, who have yet to actually appreciate all he has done and understand it on a mature level still need him. I still need him and so do all the people he has impacted all throughout his life need him as well. He embodies someone who is truly a good man; one who can't be broken due to setbacks. He will forever be missed and forever be loved and appreciated for all he has done to everyone he has ever come in contact with; from small advice to huge helpings he has given people and never wanting anything in return, Jorge is truly the defining statement of a good man and a good father.

Thank you for your time,
Taylor Harries

*Taylor Harries*

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

My name is Ashley Roman and I am 27 years old. I am Jorge Navarro's oldest daughter. I reside in Hollywood Florida and I currently manage a pharmacy in Pembroke Pines Florida. For as long as I could remember my father has always been a very hardworking man. There are a few accomplishments of my father that I know such as how he started. My father started from cleaning out stables, learning the training ropes from his step father, to becoming a trainer and owning his own horses. Ever since I was little, I have always admired how well he bonded and knew his horses. I use to wake up at 5 in the morning just to get that extra time with him and to study how he was in his work. Sitting in a golf cart facing the track while the sun was coming up was my favorite. But most of all my favorite was listening to him talk about each horse as if they where in his barn. Just how he knew when a horse wasn't "working" properly because of them being sore, or being on the wrong turf. Which horses should be wearing blinkers, which ones just needed some tlc someone to pay attention to them.

My father was connected to them in a way no one could explain. He had such a connection that he use to try to educate the owners that he would train for about their own horses. For example, I use to have a favorite horse I'd love to spoil extra with peppermints in my father's barn, his name was Arthur. He was the tallest in the barn and was the sweetest. One morning just like every morning I would wake up really early to go to the barn. Got into the golf cart like usual with my father and parked right in front of the track to watch all the horses work including his. That day it was Arthurs turn I was happy seeing him from my eyes strut his stuff. When I pointed to him and looked at my father, he wasn't so happy he seemed blank. All that came from his mouth was "that horse shouldn't be racing and he needs a nice break". That day I found out Arthur was coming up with some issues, and my father tried to tell the owner of Arthur that he wasn't ready to race due to his issues. Due to the nature of horse racing a lot of these trainers including my dad, are under so much pressure from the owners to keep going under all circumstances.  With that being said, they have to keep these horses going or risk losing the job and client.  Fast forward to the day of the race Arthur did not finish well.  If only the owners would have listened to my dad and his advice. I wish there were more owners and trainers like

my father, they would be able to see how beautiful these horses are, and how they should be paid attention too. Down to the treats they like, to the way they love to run. I believe he was their voice, someone that would listen.

Seeing him do all of this motivated people around him. New workers that worked under the roof of his barn understood the meaning of caring for the horses. Everyone knew that if you took the time to listen to Jorge Navarro and applied it you were definitely going to better understand horses. My father was always known to take the "smaller" people in, and always giving someone a chance. Even down to giving new jockeys time on his horses, while teaching them that each horse rides different from the other. My father was the type to help anyone out no matter what it was. He always saw something in everyone. He always made sure everything and everyone was taken cared of before he took care of himself.

This way of being and quality he has is reflected in how he conducts himself. I think he is a great contribution to his community and the society he lives in as opposed to being a burden. He is loved by many and respected by more. Overall, the qualities he has exhibited have shown that he will continue to be a helping hand to his community, his family and others.


Thank you for your time,

Ashley M. Roman

Timothy and Ruth Boisvert

10404 NW 7ᵗʰ Court

Plantation, FL 33324


11/4/2021


The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312


Dear Judge Vyskocil,


Our name is Timothy and Ruth Boisvert we have been married for 17 years. We are parents of 4 sons. Tim currently works as a director of finance for a health care company. I am an office manager for a pallet company.  We are devoted Catholic's racing our sons with faith and good character. Jorge is Tim's brother-in-law and has known him for over 20 years and Jorge is my brother. Jorge has always been a role model to our family by having a big heart. Jorge is always willing to help others by putting himself last. Jorge has had many accomplishments in his life. The first is Jorge being a great grandson to his grandma, our mother and to his family.

A couple of years ago Tim lost his job and was not able to find a job for 7 months. Jorge stopped by to visit us and knew something was not right. He knew that I would never ask him for anything. He saw that I was stressed and willingly with me not asking for anything came up to me and said he didn't want me to stress, and he knew that I was trying my best to provide for my family with only one income. Jorge without a hesitation told me that he will help us with our mortgage until we got back on our feet. This gesture of kindness and love I will never forget because I know he didn't have to

give us anything because he had his own family to support. Jorge has always been a father figure to his siblings as we were raised by our mother.

Jorge has always been willing to come to our house and help with out projects. Many times, he has helped install lights, install appliances, fans, etc....

To his nephews, Jorge has always been there to play with them, supported them by encouraging and attending their sporting events. Jorge has also helped his nephews with their homework and has given them good advice.

We have no doubt that with his big heart he is always one of the first to lend a hand and help others who are in need.


Sincerely,


Ruth and Tim Boisvert

Luissy E. Navarro
1041 NW 124th Ave
Pembroke Pines, FL 33026

The Honorable Mary K. Vyskocil
United States Disctrict Court Judge for the
Southern Disctrict of New York
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Vyskocil,

My name is Luissy Navarro; I am the oldest of five siblings a mother of three. I work as an Account
Payables for over twenty five years.  I am committed to my church and family and serving and helping all
the ones in need.

Jorge is two years younger than me, growing up living with our grandmother in Panama and since I am
the first born I was more like a mother to Jorge protecting him making sure he was always safe because
our mother was in the USA and our grandmother had to work so hard to provide for us, as we were
waiting on our visa to travel and reunite with our mother. We come from a very large family and we are
with close with each other, Jorge would always find a reason for a get together to celebrate birthdays or
holidays even if it was just to watch a sports game. Jorge is the grill master of the family. As a family we
took so many vacations together, it was not a complete fun vacation if it wasn't all us siblings with our
families. He believes that the best legacy we can leave our children and family is happy memories build
with love. Jorge always had my back and he would be that man I could go to for any advice or emotional
support, he always had a kind uplifting word of encouragement not to ever give up and to keep fighting.

I watched Jorge helped so many people in his life, including me in so many occasions when I would need
help moving, building. Jorge is funny, enthusiastic, patience and he has the ability to give the best
advices to so many. He is a great loving uncle and role model to my children, when they were younger
Jorge would take them to Ocala for the summer breaks it was their favorite thing to do, he is so much
fun to be around with. He drew out the very best from the people in his life and the young ones would
look up to him.

In addition to raising a family and being a good husband, father, son, grandfather and a brother, Jorge
has always found time to get involved in life around him. Unlike many people these days, whenever he
adopts a cause or pursues a new interest, he is guaranteed to be highly committed. Jorge is dependable,
responsible, honest, loving, hard worker and courteous.

Jorge is not only supportive to his family he is a role model to friends and his community always willing to  help a neighbor or anyone in need.

Sincerely,

Luissy E Navarro

Xiomara Reyna

10404 NW 7 th Court

Plantation, FL 33324

11/4/2021

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

Dear Judge, Vyskocil,

My name is Xiomara Reyna and I worked as a customer service representative in Sam's Club. I have one daughter and live with my 90-year-old mother, my niece and her family. I attend church and I am part of my church community by always volunteering. I am Jorge's aunt. Jorge's mom gave birth to her 4 children by the time she was 19 years old in our country. I always help babysit my nieces and nephews. I have always been part of their lives and now I am enjoying been part of my nieces and nephews' children's life by helping them. I am their second grandma.

My nephew has always been part of my life. I am single mother, and I raised my daughter by myself. Jorge stayed living with me and his grandma to take care of us and to help with anything that we needed. He loves and still does to spoil his grandma. My mother planted the seed of family values and love for each other to us as well as her grandkids.

A Couple of years ago our family got a devastated news that my brother was

diagnosed with stage 4 colon cancer and living in Panama made it hard for us to try to

be there for him. All we could do was to make sure he had everything he needed to make his journey as peaceful as possible. Jorge, once he found out about the news, he constantly was concerned about his uncle's health. Unfortunately, my brother passed away. Jorge again was there for his family and flew with us and took care of each of us and made sure all the funeral arrangements were taking care of. He was by our side especially my mother that needed all the support. On the hard times of our lives you really can see who will support you and be by your side. I know deep inside my heart that I can always count on my nephew for anything that I need.

Sincerely,

Xiomara Reyna

Dear Honorable Judge Vyskocil,

My name is Crystal Nicole Morales, I am 29 years of age. I work as an administrative assistant at Classic Collision of Hallandale Beach Florida, for over two years now. I am the eldest of three siblings, I currently live with my mother and younger brother and our golden Labrador. I enjoy going to the beach, attending concerts and gatherings with my family. I also enjoy traveling, trying new foods, and discovering fun new spots to hang out such as beaches, natural springs, and parks.

Jorge Navarro is my mother's brother which makes him my uncle/godfather.

The accomplishments that my uncle Jorge has overcome are he started as a young man in the racetrack walking and grooming the horses in the early morning and later becoming a trainer. He has become a wonderful father to my cousins Ashley, Christian, Taylor, Jorge JR., and Miah. They have grown to be amazing teenagers/adults. He is a grandfather to Ariella and Briella who are crazy about him. I know they love him very much and his hugs too. He gives the best hugs; he is our life-sized teddy bear. And he is a very loving husband to my aunt Jennifer that has been in my life since I was a young girl. He has always been a loving man in our family, he expresses his love through his hugs, his skills on the BBQ, and his great advice always.

My uncle Jorge has many good characters to him he is very funny, honest, and most of all compassionate. He has provided and has helped me with many things in my life. When I have failed, he has helped me as a father figure to get back up on my feet and fight to win. As a young lady he taught me how to drive and helped me get my driver learner's permit. He would take my siblings and I and have a house full of kids every summer in Ocala FL, it was practically summer camp for us but with all my cousins and my favorite uncle and aunt.

My uncle Jorge is a wonderful man to this society and to many men in our community and in our family. His faith and his relationship with God are one of the strongest I have yet to encounter. He has taught my siblings and my self to always have faith and be courageous. As I remember from my childhood we were always together as a big family attending early Sunday morning service at church. And now as an adult we still do that as a big family. My uncle Jorge helped with planting the seed of faith just like my mother did in all our hearts.

My uncle Jorge's ability to contribute comes in many ways, he contributes to our Church when he visits. To his friends and family that need his help. And to the women of our family, he always helped us all with any building, fixing, or moving we needed. His love and compassion to others that I have witnessed is always willing. He is always willing to help, to build and to succeed. His contribution to the future is for his future grandchildren and great nieces and nephews that are to come. He will be helping to plant that same seed of courageousness and faith within them too. To his family that love him and look up to him. And to the friends he has made over time because of his willingness to never say no and to always be the helping hand he is. He will always be the loving father, uncle, godfather, son, brother, and friend. My uncle Jorge has helped me accomplish many things in the 29 years of my life and I am very grateful to have a man like him in my life to look up to as a father.

Sincerely,

Crystal N Morales

Diana Canet

11/7/2021

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

Dear Judge, Vyskocil,

My name is Diana Canet, and I am a mother of 2 children. I am the youngest sister of Jorge. I was blessed to be born to our family. Even though I had my father in my life, my brother Jorge and Marcial always made sure I was taking care of. Jorge in addition to raising a family and being a good husband, son and father, Jorge has always found time to get involved around my life and children.

Jorge has impacted my life by always showing me never to give up on your dreams, by walking in faith and always remembering the importance of a family. A couple years ago, I got separate from my husband and my brother was there again to help me walk through the rough path that I was dealing with. Jorge was there supporting me emotionally and physically, making sure that my children and I were doing good.

Jorge is the kind of brother that you or anyone that needs anything can count on. I can say it with total confidence that few men have contributed to the society in a way that my brother has. He is a kind and polite man. My children called him Papa pepi because that's what he has earn with his love and dedication to them.

Thank you for taking your time to read my letter.

Respectfully,

Diana Canet

Marcial Navarro and Hilda Amoros

117 N 32th Avenue

Hollywood FL 33021

11/7/2021

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

Dear Judge Vyskocil,

Our name is Marcial Navarro and Hilda Amoros we have been together for 12 years. We are parents of 4 children. Hilda is the stepmother of my 2 sons, and we have 2 daughters together. I am a horse trainer and Hilda is a vet. I am Jorge's younger brother. I always look up to him as we were growing up. He was the father figure we didn't get to have. Over the years my brother and I played sports together and got close. Our mom got remarried and on the weekend, we helped our stepdad with the horses. That's been our passion ever since.

My brother is a giver. He has always helped out everyone in any situation. We grew up with very little and he always remembered that. My siblings and I were blessed to come to United States and make a future. Jorge always made sure that our mom, grandma and his siblings were number one in his life. Jorge is a father and a grandfather and is a person of good moral character. Jorge is a man of faith and good character.

My brother is my hero because I know he has worked very hard for everything he has accomplished. Jorge and I have had each other to support and pick each another up. I know that I can always count of him in any circumstance. We all make mistakes and Jorge will always be the one to be supportive in the middle of any storm that you were going through. Most recently I asked Jorge to be the godfather of my younger daughter together because I know that he will be a great role model for my daughter as well as my other children. The best memories that I have with my brother is getting together with our families and us barbecuing for our families. Seeing everyone enjoying themselves and cheering every minute is priceless.

Respectfully,

Marcial Navarro and Hilda Amoros

Hello, Honorable Judge Vyskocil

My name is Cristobal Morales, I am the nephew to Jorge Navarro. For as long I've been alive I have seen this man in my life throughout a lot of highs and lows of my life. I've known my uncle to be an exemplary man and father figure to me. From my earliest recollection of him changing my diapers (Old pictures to prove the disgust on his face), to showing me how to catch and throw spirals on a football, to showing me how to take a loss in stride after a hard fought soccer game and show respect for not only the game and to the opposition. All the way up to the present day in empowering me to pursue my dream career in aviation to become a pilot. Case in point, my uncle has been in my life for some core and vital memories of my adolescence and into my young adulthood of 26 years of age. My uncle has always had a heart of gold and always shown me that good character will always prosper no matter the situation. A time that I can look back on is when I was about 7 years old. We had arrived to a Bank of America to make a withdrawal from his account and the bank teller had given him $80 dollars too much. After recounting the notes in the car he walked back into the bank with me by his side and told me "I'm about to show something that you should always do. Always look out for others even when no one else is watching " – we had returned the extra money back to her. She explained to us that she had been deprived of sleep from her 3 month old newborn back home and thanked him for the kind gesture. He told her something that I remember to this day.  "You're very welcome and he wouldn't want a simple mistake on her end to take food away from another persons mouth". From that point onwards I always check the amount a teller gives me after a trip from the bank and to align myself to show empathy for others no matter the circumstances. Fast forward a couple years into the future my uncle is living with his longtime girlfriend and her daughter in the living quarters of a barn run by one of his owners up in Ocala. This was an all in one single bedroom apartment with an upstairs that had two queen sized beds upstairs a couple of dressers for clothes storage and a corner packed full of toys for his step daughter; downstairs was a living room area with 3 couches with one that converted into a pull out bed and a 32" TV where we had many late nights gaming and watching movies. We were 8 people all living together in a 1/1 apartment. In retrospect it wasn't much but it was humble beginnings that fueled the fire in him to work even harder for the goals he had set in place for his self to provide for his family. I remember the 4 hour trips from Ft.Lauderdale to Ocala I would take with him in the summer to spend it up there. Those summers spent up in this small apartment were some of the best times of my life and I was able to have new found appreciation for the sacrifices my uncle made for me, my two sisters, and his own children to keep us fed and have a good experience away from my home back in South Florida. This heart would go on to show throughout all the family with all the experiences and life lesson this man has been able to provide to us and to others outside of his own blood.  All in all my uncle or how I like to look at him (My father figure away from my very own) has taught me many life lessons that will resonate with me for many years to come. Thank you for your time in reading my account and wish that this letter finds you well.

All the best,

Cristobal Morales

8. 31. 2021

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Regarding: U.S. v. Jorge Navarro**

Dear Judge Vyskocil,

My name is J'son Liburd-Thompson; I am an Equine Podiatrist operating out of Florida and New Jersey. I can care for my family both in America and on the islands. I've established a scholarship program; operational for the past five years and subsidized my alma mater's feeding program. I've sponsored a single mother's Undergraduate and Master's degree. I've just purchased my first home and am gearing up to send two daughters off to college, a first for my family. Not to mention, I'm in the process of getting a couple of business ventures off the ground. None of this would have been possible if it wasn't for Jorge Navarro. I write this character reference letter to express my support.

I've known and worked with Jorge for about ten years. As an immigrant desperate for employment to feed my family, Jorge Navarro was the only individual that gave me a chance. When I was applying for my green card, Jorge came to my rescue from the onset of the process to the very end. He was highly instrumental in me successfully acquiring my green card. In essence, where I am today, all that I've achieved since living on US soil and all the contributions I have made to my region can be attributed to Jorge who gave me that initial opportunity. For that, I am forever grateful.

Throughout this continuous partnership, I have developed a great respect for Jorge as a family man, a businessman, an employer, and a human being. He is an unsung hero and kind to a fault. He is very considerate of other's feelings. Additionally, he has a heart for the misfits and the underdogs. I've sat in awe of Jorge's ability to inspire people, guide people, and offer whatever insight he could. I've witnessed Jorge giving people not one but two and three chances.

Jorge provides employment and support without question. Thus, contributing to the socio-economic strengthening of the American landscape - by extension, the robustness of the Horse Racing industry. He has proven himself a good person, time and time again. Jorge has demonstrated fairness in countless situations in which I have been directly involved. Jorge is an exemplary family man, a loving husband, father, employer, and conscientious resident.

Thank you, Your Honor, for considering these thoughts. I feel Jorge is closer than a brother. He had stood by me when I was in dire need; I, too, stand ready to offer further support to Jorge, as he may require.


Respectfully,

*Json LT*
J'son Liburd-Thompson

## HON. JOSEPH N. CASCIATO (RET.)

Attorney at Law

20 N. Clark Street, 29th Floor
Chicago, Illinois 60602

630-235-7298

September 15, 2021

The Honorable Mary F. Vyskocil
United States District Court Judge – Southern District of New York
500 Pear Street, NY NY 10007-1312

Dear Judge Vyskocil,

I would like to thank you for giving me the opportunity to support Jorge Navarro in his upcoming sentencing. Being a former Judge in Chicago I believe I can understand the difficult decision you have to make.

By way of background Jorge Navarro was one of 3 trainers my small racing partnership had with a highly successful stake horse "Private Zone" during 2013 to 2015. His family and mine were together on trips to Florida and Kentucky. Importantly, I found Jorge to be a loving father to his minor children and wife Jennifer. His serious lack of judgement has affected and resulted in a family loss that he truly regrets. Professionally, the overall care and respect he gave his horses was evident. Jorge loved being a horse trainer. This profession is lost to him which is a punishment he will struggle to endure.

Your Honor, I know that he understands the severity of the facts to which he pled guilty. In his support I have taken considerable liberty to now ask that you temper justice with mercy and understanding. In the future I trust that Jorge Navarro will be respectful and a contributory member of society.

Respectfully,

Joseph N. Casciato

**The Honorable Mary K. Vyskocil**
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 1007-1312
The Honorable Mary K. Vyskocil

United States District Court Judge

**Dear Mary K. Vyskocil**

My name is Kavithe Beckles and I am 21 years old. I am currently serving in the U.S. NAVY for a little over 2 years now. Stationed in Virginia. I have known Jorge for my whole life since I can remember. At first his family lived next to me so they were just neighbors but over time they have all become my family. His daughter Taylor and I went to school together and became the best of friends. We did everything together. Every family event, every accomplishment we did together. At the age of 13 my father passed away and Jorge became that father figure I lost. He's always been there for me through anything growing up. He helped my mother get back on her feet and helped teach me a lot through life. Any time I've needed advice he has always been a phone call away. Being in the navy away from my family has made me feel alone at times. When COVID broke out I was on a deployment so that for us meant we got our privilege of traveling the world taken away. It also meant we would be extended to stay out to sea longer. We stayed out to sea for 206 days straight  working 12 hours a day 7 days a week with only 2 ways of communication (email or paid phone calls) which made a lot of people miserable and sad but Jorge kept communication, he made sure I knew he was there motivating me, calming me, and keeping me updated on life at home.

Jorge has always loved his work. Everytime i have visited he taught me so much. The things that seem small but mean a lot. Like the time he helped me wash a horse by myself or taught me how to ride a horse for the time and took me and my cousins on our first horse walk. For us who would have never experienced memories like that it meant the word. To be able to have him in my life is a blessing. He is like an adopted father to me and I would love nothing more than to have him around during my pregnancy and to introduce him to his granddaughter in a couple of months.

Sincerely,

Kavithe Beckles
407-371-5374

From: Jose R. Correa
36 Ballad Ln
Willingboro, NJ, 08046

September 15th, 2021

To: The Honorable Mary K. Vyskocil
United Sates District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY, 10007-1312

Re: Character Reference Letter for Jorge Navarro

Honorable Judge Vyskocil,

      I am writing this letter to you today on the behalf of my former boss, and dear friend, Jorge
Navarro. In June of 2013 I began work as an exercise rider for the Jorge Navarro Racing Stable,
however our relationship quickly became more like family. He was not just my employer, he was like a
father to me, and still is someone I look up to, admire, and appreciate for countless reasons. During my
final summer working for Jorge Navarro at Monmouth Park 15' I traveled with Jorge to Saratoga
Racecourse to breeze Private Zone before what would eventually become his first Grade 1 win as a
trainer in The $750,000 Priority One Jets Forego Stakes. The wins were never what mattered though to
me. It was our relationship, friendship, respect, his energy, the way he treated his employees and
everyone around him for that matter, it made going to work every single day before dawn enjoyable and
rewarding. Jorge believed in me and always supported me on a path toward a better life and successful
future. It was him who propelled me towards the family I now have, the home I now own, and the
assistant trainer position I earned, his influence and mentorship made me see potential within myself that
I didn't even know I had. I am a better man today because Jorge was in my life, and I can ensure you
that I am far from the only one who holds this sentiment. I ask that you take my words to heart, and I
thank you for your time and consideration.

Sincerely,

Jose R. Correa

Jose R. Correa



315 Oser Ave.
HAUPPAUGE, NY 11788

TOLL FREE: 1-844-MAKERS1
TEL: 631-456-5397
FAX: 631-456-5398

The Honorable Mary K. Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

I am writing this letter in support of Mr. Jorge Navarro, whom I have had the pleasure of knowing for several years. I consider Mr. Navarro a good friend and a gentleman of great character. His family orientation and strong work ethic are admirable, and I have full confidence that once he has paid his dues, he will find he has much more to offer both his community and society at large.

First, allow me to explain a little bit about myself. Over the past thirty years, I have founded and managed successful companies in the nutraceutical industry. My company, Makers Nutrition, has been recognized many times by business and entrepreneurial advocate organizations such as The American Business Awards, The Golden Bridge Awards, The Titan Business Awards, and Inc. 5000. In fact, Makers Nutrition has just made the Inc. 5000 list of Fastest Growing Companies in America for the second time in three years. I have won multiple CEO and lifetime achievement awards, of which I am immensely proud. Outside of the office, my time is spent with family and friends, at home or at the racetracks. I have had much success in horse racing, as a proud owner of Flying P Stable, ranking #30 in the country. Many of my closest friendships have started at the tracks, including that with Mr. Navarro.

Mr. Navarro and I first met at Monmouth Park Racetrack in New Jersey. At that time, I had a couple of horses who did not qualify for the New York racing program, so I sent them to Mr. Navarro. Before long, my horses began winning. With shared victory and common values such as family and hard work, our relationship grew into a strong friendship, and to this day I consider him to be one of my best friends. A true family man, Mr. Navarro's love and respect for his family extended to mine, especially my grandson. My wife and his wife are very close as well, and we have all enjoyed many successes on the track together.

I have known Mr. Navarro to be an excellent caretaker of horses who has enjoyed many accomplishments on the racetracks. He has won over 1,200 races, including two Claiming Crowns, the Cigar Mile, and the Dubai Golden Shaheen. With numerous wins under his belt, I believe many of the steps Mr. Navarro has climbed can be attributed to his willful determination and ability to rise above any challenge or bump in the road.

Speaking of bumps in the road, in my opinion, people lose their way from time to time, and they deserve a second chance to do better. I am certain that once Mr. Navarro pays his dues, he will contribute to society with the knowledge he has since gained. Based on my solidified friendship with Mr. Navarro, I know that he still has so much to offer.

Sincerely,
Jason Provenzano
CEO & President

Letter on behalf of Jorge Navarro - sashamarien1999@gmail.com - Gmail

To the Honorable Mary K. Vyskocil

My name is Frank Rupolo owner of Big Frank Stable LLC. I've been in the racing game for close to 45 years now, and have owned thoroughbreds here in South Florida since 1994. I've known Jorge Navarro since he was a young boy , I watched him and his brother come to the barn at 5:30 am and work for their step father Julian Canet who was my trainer at the time. Jorge got no special treatment as he would clean stalls hot walk horses, bath them and do everything that was asked of him by Julian and never complained about anything. Then their mother would come to pick them up for school and drop them back off at 4pm for the afternoon feeding , this was his life and he loved it.

Not much later Jorge approached my and said he got his trainers license and was going on his own and asked if I would give him a chance to claim a horse I didn't hesitate one bit and that's how he started , I've been with him ever since , my interest in the claiming game is low level from 6,250 to 20,000 so over the years I never had the fortune or pleasure to run in big stake races like Jorge's big owners but I was always right there rooting for him remembering how far this young man has come and how he never forgot his roots, He always gave the same time and interest to his horses in the barn no matter if they were running for a 200k stake race or a 15k claiming tag he was always on hand right there and loved every minute of it.

Jorge is also well respected at Gulfstream Park and a great father almost every Saturday is family day and I would see his wife and kids in the play area and then usually in the winners circle for a picture with one of his winning horses. I also noticed people coming up to him daily asking his advice on if a horse was sound or not and worth claiming as Jorge has one of the best eyes for horses I know. He really is a true Horsemen and worked hard his whole life to get where he is, nothing was ever handed to him. I can't wait till all this is behind him and he can get back to training again and we can get back to family Saturday's again .

Thank You Frank Rupolo

August 27, 2021

The Honorable Mary K. Vyskocil
United States District Court Judge

   My name is Silvio Buhagiar. I am 64 years old. I'm dedicated, hard-working Facility manager, and an easy-going person at Gulfstream Park . Jorge is my stepson-in-law and I have always had a good relationship with him.

Jorge is an accomplished horse trainer and is very well known in the horse racing community. I have always known Jorge to do the right thing. Jorge is a great father to his kids and has always been present in their lives. I don't know anyone who does not get along with Jorge. I do know many of his fellow friends that miss him dearly at the track. Many of his employees always ask for him when they see me.  They always say there will never be anyone to come close to Jorge.

 Jorge has a good character that people admire and miss.

Jorge contributes to society and is always willing to lend a helping hand to the less fortunate. He is truly missed.


Thank You for your time,

Silvio Buhagiar

Silvio Buhagiar

Dennis Amaty
3866 Woods Walk Blvd
Lake Worth, FL 33467
(754) 264-2916
damaty@browardav.com

September 9, 2021

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Sentencing of Jorge Navarro

Dear Judge Vyskocil:

My name is Dennis Amaty. I am the part owner of Broward
Aviation Services and full owner of Amaty Racing Stables in
Florida. I own and breed thoroughbred race horses.

I am writing as a character witness for Jorge Navarro. I have
known Jorge since 2011. He is very charismatic and is a good
family man and father. I have always seen him make time for his
children even when his schedule is at its busiest. I feel that Jorge
has the ability to contribute to society and the community in the
future positively as he is driven to succeed and is good at
whatever he does.

Respectfully,


Dennis Amaty

Luis Gravier
11301 NW 23rd Court
Coral Springs, Fl 33065

November 1st, 2021

Re: Jorge Navarro

To The Honorable Mary K. Vyskocil,

I, Luis Gravier, am writing to you in the hopes that it will help you see the kind, caring and devoted family man I have known for over 30 years.

Jorge and I cultivated a close friendship in Middle School at Highland Oaks Middle School that would continue throughout High School and into adulthood. A younger Jorge had to navigate the challenges of English as his second language. While dealing with the challenges that come with assimilation, he was able to forge relationships with many around him because of his positive, empathetic, and caring disposition. He has always approached all with open arms and without bias.

As we transitioned into adulthood, both becoming married men and fathers, I share with him a commitment to a family first mentality, a priority in being a loving father and husband. In the times we were able to spend together, and bring together the families we have created, what has always stayed consistent is Jorge's energetic positivity, empathy, and caring nature. I most of all have enjoyed seeing the joy his children bring him and his loving attention to each of them.

My friendship of over 3 decades provides me with the capability to speak to additional qualities Jorge demonstrates- compassion, energy, loyalty, and hard work. It is with full confidence that I believe that Jorge has always had a commitment to community and will continue to be a positive contributor to society and the cornerstone of his family.

I thank you for the opportunity to share with you my history and experiences of who Jorge is as a friend, husband and most importantly a father. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Luis E Gravier

Dear Judge Mary K. Vyskoeil

My name is Junior Ariel Delgado Lasso

I was born in Panama and had the pleasure of coming to the United States in 2017.

Jorge Navarro gave me the opportunity to work with him in July 2018 in New Jersey, at the Monmouth Park racecourse, my job was a racehorse galloper, my relationship with Jorge Navarro was good because he gave me the confidence to be able to comment on the physical condition of the horses and it made me feel good to know that he trusted my work.

When the racing season in Monmouth park ended we moved to the Calder racetrack in Miami Florida I continued working, I managed to have a job stability with which I helped my family economically in Panama, I managed to build my house and have a better work experience, still I can smile when I remember when Mr. Jorge called me ...... for him I was the "yuti" he made me feel part of his family because I know that if I needed to talk something with him I could get a constructive opinion.

The character of him from my point of view:

He is of strong character, assertive and firm at the same time, responsible and with humor if the situation warranted it.

At the time of the events, my economy went through a difficult time since there was not much work and those who were available were exploited and poorly paid.

I have gone through hard times in which I have not had work for a long time and I have met and worked with other coaches and none with the same capacity as Mr. Jorge Navarro, I am happy to know that if there is something I can help the person to whom one day he offered me He worked in a country far from mine and made me feel like part of his family, this letter is a way of thanking him for having given me the opportunity to meet him and working with him was a pleasure.


I hope God bless you and that everything goes well and that you may God fill you with wisdom and blessings.


Sincerely,

Junior Delgado

Dear Judge Mary K. Vyskoeil

My name is Kenia Morales, i was born in Nicaragua, and I came to this country in 2000.

I met Mr. Jorge Navarro in January 2018 working as a horse trainer, for me that type of work was new because I had never exercised it in my life, at first I was afraid until one day Mr. Jorge arrived and as a good human being He showed me the safest and easiest way to work with them, especially when they were babies, I came to have a closer relationship with my boss since he had good communication with us, so much so that I came to feel that my job was my second home where the atmosphere was like family, we shared birthdays, we celebrated each triumph because each one knew that behind that there was a sacrifice of work and dedication, working with him I got to know my husband better, he bought me a car, I could give him a better life I can assure my children that Mr. Jorge helped people in need.

Some people may say that Mr. Jorge was a bad person, but no one who worked with him so closely could say that because even if he was assertive person, I know that he has a great heart and I also know that he is a great human being for so long. that after what happened I have worked with several coaches and none is the same or similar to him, I learned that he was one of those who appreciated your work the coaches I have worked with do not recognize your work, they yell at you and countless things .

Many of the people I worked with in Mr. Jorge's stables are still without a permanent job, they are rolling from job to job, nothing has been the same for any of us, I believe that if God allows it and one day he could return, I would always return without thinking twice.

I could say many good things about him as a human being, but it would not end because he showed many qualities, also like every human being we make mistakes.

Thank you for giving me the opportunity to give my input so that you know what is behind the person who is being judged today.

Any questions here I leave my email and my cell phone number.

*princessnica2010@gmail.com

Sincerely,

Kenya Morales

(305) 684-5866

JULIAN DEMORA, JR.                                                    September 22, 2021

2845 ENTERPRISE RD. 107A

DEBARY, FL. 32713

TO JUDGE VYSKOEIL:

My name is Julian Demora, Jr.. I am a Construction Manage for Key Realty & Dev. Inc. and have also dappled in the Horse Racing Business. In 2009, my father, who was a Horse Owner hired Jorge Navarro to be his trainer, and this was the start of our relationship.

Jorge was very successful as a horseman, but more important he is a very good family man. He took tremendous care of his children, wife and made sure his single mother was well provided for. This is the trait that I admired of Jorge's. Jorge's father was absent from his life, however my father and Jorge did develop a special bond. He treated our family with great respect and consideration.

Jorge has a soft spot in his heart, he did not want to hurt anyone. When the business was tough for me, he did his best to work with me as an owner not to have a financial hardship. This created our working relationship and mutual respect for each other.

Jorge achieved success rapidly due to his hard work. However, not having prior fame and wealth was a dilemma for him at this young age. He was not prepared on how to handle this new life from rags to riches. My opinion is it was a growing process and Jorge has learned from this lesson.

The lessons Jorge has learned have been extremely costly for him. He lost his livelihood and this was the only career he knew. In our current conversations I feel he has changed, he knows he has to move forward and look for a new path in life. Once he has resolved this court matter, Jorge will make a good choice and will again succeed.

Julian J Demora Jr.

Keith Johnston
1107 Howard Street
Butte, MT  59701

9/16/2021

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE: Jorge Navarro

My name is Keith Johnston, I am a resident of Montana and have previously owned horses
trained by Mr. Navarro.  I am writing this letter on behalf of Mr. Navarro, to try to help shed
some light on his character as a person.

My wife and I met Jorge Navarro at Gulfstream Park in January of 2018.  This was our first trip
to Gulfstream Park and being from Montana we did not know a soul.  We happened to be
sitting next to Mr. Navarro and his family and throughout the course of the day we talked about
the different cultures in Montana and Florida.  We let Jorge know that we would love to own a
racehorse in Florida one day, but we just didn't know anyone in the business there.  At this time
Jorge was the leading trainer at Gulfstream Park and had clientele that had been in the game
for years and had unlimited funds, but Jorge offered to help us out knowing that we could only
afford to have one horse in training at a time.  We exchanged numbers and we left our vacation
to go back to Montana fully expecting to never hear from him again.  A month later, I got a call
from Jorge telling me he thought he found the perfect horse for us to start with at Gulfstream
Park.  He kept his promise to look for a horse and followed through.  Over the next couple years,
we had a horse with Jorge, and he always answered my calls and looked out for me even
though I was probably by far his smallest client at the time.  I admire Jorge's character, he
always treated me like my horses were just at important as anyone else's in his barn and he
always looked out for my best interests.  I think Jorge can be a great contributor to society, he
always treated me with the utmost respect.

Respectfully,

Keith Johnston

Dear judge Vyskocil,

I am Kevin Velez I am 34 years old, born and raised in South Florida. I have been working at the track pretty much my whole life, I work as a valet and gate crew assistant starter, also barn foreman for many trainers. My relationship with Jorge that we are very close family friends, I have known since I was 20 when I started going to Tampa for winter and then he started training there when he left the farm. We got see each other more during the summer cause we both went to Monmouth Park for the summer, so which we got to hang out and BBQ with family more often. I worked for Jorge the winter 2018-2019 Tampa meet and summer 2019 as a barn foreman/ assistant. When I mean we worked hard 7 days for what we did the winter and summer he had won both leading training title at Gulfstream Park and Monmouth Park. It ended with us going to the Breeders Cup Santa Anita an experience I will never forget I was so proud to be on that journey with him and see how hard we worked to get where we were as a team. Jorge was good to me and the team when I was working for him always gave me money to go buy breakfast for the barn and we did about 3 barn BBQ through the summer just to say thank to all of us working so hard. Jorge as a person to me is not the one I read about the paper the Jorge I know he always put the horses first at one time during the summer we had about a 100 at Monmouth training so it was a lot take care, but he loved it. I miss working for him he gave me a job when I needed it and I'll never forget that he always said to me I was one best people he hired in a long time to help run barn smoother and he always thanked me for that. With Jorge personality and work ethic he will have no problem contribute to society and the community he loves his family so much he will find a way to support and love them.

Sincerely,

Kevin Velez

954-558-1963



To:
The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


Dear Judge Mary K. Vyskocil

    I ,Anthony Lenci, would like to submit this letter on behalf of my dearest friend Mr Jorge Navarro. To begin its important to know that all though we are both business men, we have formed a relationship based on common intrestest, like minded views, honesty and integrity. I, myself a business owner for 26 years in the field of Miscellaneous and Ornamental Iron. Always being a part of the horse track community growing up, it was always a dream of mine to be part of it. Not until my older years my dream become a reality. I have known Jorge for more years than I can count, meeting in our teen years through our families. Jorge is one of the most trustworthy and honest working men I have the pleasure of knowing. His compassion and thoughtfulness through his work with horses is nothing short of admirable. We have all witnessed his outstanding accomplishments through out the years. I believe Jorge is a proper figure in the community who will stand truthful to his work and continue to be the outstanding gentleman he has showed to be. Please do not hesitate to reach out as I would be happy to answer any questions you may have. I would like to Thank you for your time in reading this letter.

Scincerly,
Anthony Lenci
Owner of
Heritage Iron Works, Inc.
PO Box 609
Centerville MA 02632
Cell-508-889-8429

Sept. 9, 2021

The Honorable Mary K. Vyskocil
U.S.District Court Judge for the
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

To The Honorable Judge Vyskocil,

  My name is Andrew Simoff. I own a horse transport company based in Delaware and have transported horses for Mr. Navarro for over 10 years. Mr. Navarro was an excellent client and his owners were top notch.  He was very easy to deal with, always willing to work around his schedule and mine. In my years working with him, I found him to be an always available , hard working , conscientious individual who was good to his help and anyone else who worked with his horses.

Sincerely,

Andrew Simoff

Manuel Fuentes
3055 SW 131st Ave
Miramar, FL 33027
(954) 292-2703
Manny.gerry@hotmail.com

October 8, 2021

Re: Character Reference for Jorge Navarro

To: The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Your Honor,

I met Jorge Navarro 23 years ago when I first moved to South Florida in 1998 from Puerto Rico. I worked as a jockey agent in Calder Race Course while he was the Assistant Trainer in his stepfather's barn. We quickly bonded through our passion for thoroughbred horses and developed a friendship. Throughout the years I've seen him grow not only as a professional leading his own racing stable, but more importantly, as a man.

Jorge is a consummate professional that cares for his horses. He was always very organized, patient, driven and had great instincts and understanding of what was best for his horses and his owners. His devotion to his horses is beyond reproach. But what I admire most about Jorge is his devotion to his family. While being a trainer is a very time-consuming job, he always prioritized his family. He supports his wife Jennifer in the responsibilities of raising a family and is actively involved in his children's extracurricular activities. He's also a devoted son that takes care of his mother unconditionally.

I know that Jorge is a man of faith and believe him to be a good person. I'm confident he can positively contribute to society and the community in the future.

Sincerely,

Manuel Fuentes

Dear Honorable Mary K. Vyskocil.

My name is Isaac Manuel Jimenez Ortega,I was born in Panama on May 11 1998, son of a Dominican mother and Panamanian father.

I graduated with honors as a Jockey in the Jockey School "Laffit Pincay Jr" in Panama in December 2016.



Not too long after starting my apprenticeship in Panama I had to decide to come to America Because the economic situation in my house was getting from bad, to worse. So I did a couple calls, borrowed money, and I bought my fly ticket.
In my desperate move to America I left behind my father, my mother 8 months pregnant, my older brother and my younger brother.

One morning in February 2017 I landed at the Miami international Airport and I was very sure of myself that no matter what I would work till I reach my goals.

One morning walking in the barns my agent introduced me to Jorge Navarro.
Jorge gave me the chance right away to breeze one horse for him and I never felt so excited before. For me it wasn't that real, I could not believe what was happening, it was  like dreaming awake?



Couple weeks later I saw in my schedule for races and Navarro entered a horse for me. So he gave me the best experience right away because it was during the championship meet in Gulfstream park.
I won 3 races for him.

## 'Much To Look Forward To' As Apprentice Jimenez Scores First US Victory

SPONSORED BY:



by Press Release | 03.03.2017 / 6.21pm



Lauren King/Coglianese Photo

Manny Jimenez celebrates his first United States victory.

Apprentice rider Manny Jimenez scored his first North American victory Friday afternoon at Gulfstream Park aboard the pacesetting Killin Them Softly for trainer Jorge Navarro in the fifth race.

The 18-year-old Jimenez, a 10-pound apprentice, won two races in his native Panama before



Manny Jimenez celebrates his first United States victory.

Apprentice rider Manny Jimenez scored his first North American victory Friday afternoon at Gulfstream Park aboard the pacesetting Killin Them Softly for trainer Jorge Navarro in the fifth race.

The 18-year-old Jimenez, a 10-pound apprentice, won two races in his native Panama before accepting his first ride in the United States Feb. 22 at Gulfstream. Killin Them Softly represented his fourth mount in this country.

Jimenez guided the 7-year-old Killin Them Softly ($15.60) to a 1 ¼-length victory in the 5 ½-furlong dirt race for $6,250 claimers, finishing in 1:06.23 over a fast main track for her 17th lifetime win.

"I'm going to make [Jimenez] a star," Navarro said. "You can tell he got tired toward the end of the race, but that's not his fault. He's a very good rider, and his English is very good and that will help him."

Jimenez said he enjoyed this victory every bit as much as he did his first-ever win, which came Dec. 8.

"I'm excited to start another part of my career here in the United States," he said. "I have much to look forward to."

Navarro left to Monmouth park on april 2017 and I stayed in Gulfstream park over the summer thinking that I was going to succeed and win races.

I didn't get any lucky and after about 4 months trying by myself I had to quit riding races and start galloping free lance.

After a couple months of me struggling, Navarro headed back to Florida and my friend Isaac Castillo talked to me saying that Navarro was asking about me.

So the next morning I went to Navarro's barn and Navarro told me: stay with me and I will help you succeed!



So he offered me a salary and an opportunity to ride for him in Monmouth park. So I had from november 2017 till april 2018 to get ready to go!

April came, we packed and left.
Excited of what was coming I won 8 races for Navarro, and Navarro won the leading trainer title for the 6th time that year.





People that Know Jorge, we know that he can be a little bit of an intimidating person and that he is not a very easy person to deal with, but he always meant well.
One day during the 2018 meet of Monmouth Park, I received a call from my mother in Panama telling me that they were 2 months behind in the monthly payment of the house and if she didn't pay in a couple days we would lose the house. At that time my mom had my younger brother who was about a year and few months old, my dad was unemployed and there were no sources.
 I needed 1200$, so I checked my account and I needed about 350$ to complete the 1200$ to send to my mom. It was my responsibility to help my family. At that moment Navarro had a meeting in his office with owners making entries for the horses and I didn't wanted to bother him, but he saw my face and he stopped what he was doing and asked me what was going on. I didn't even told him the situation, I just told him I needed some money and he right away asked me how much and he gave me 450$
Without him knowing he helped me to save my family from being kicked out to the street and that is something that marked me forever. I will always be grateful to Jorge for what he did and keep doing for me. And I say keep doing because nowadays he always keeps motivating me to keep going.

Jorge is a person that once he sees you focus working and trying to do better everyday he would put the tools for you to keep succeeding. Never showed me to be a selfish person and he always gave chances to anyone that work and earn their chances. He usually doesn't give things for free, and he always teaches me to appreciate things. I never saw me exercise rider job as a job, that was my barn, my horses, my food. So once you learn to appreciate your job you will enjoy it and it doesn't feel like a job is more of an enjoyment at that moment, and trying to learn more every day makes you a perfectionist in what you love doing. And I love my horse lifestyle



Jorge Navarro is a person with incredible leadership. He is a leader.
When he talks he knows what he is talking about, he already has a background of investigation, he is always searching information and educating himself which make him talk with such confidence that make you trust on his conviction. And what he says, he doesn't stop till he gets it done. He is a person that accomplishes his words, and that has a lot of value on a person in my opinion.
Always willing to help the person that wants to work or a person in need. Always sharing his knowledge and educating people when he can. Always willing to be a better person and learn from every repercussion that brings any decision in life. Always motivating people.
Every time I saw Jorge Navarro fall, I always saw him standing again. Because strong men are not who just keep on their feet, strong men are the ones that even if the world knocks him down he will stand up again, shake the dust and keep going.
And that is Jorge Navarro!

I love him as my dad, he always has been there for me for anything in life this new life I am having in the USA.
It hasn't been easy in my daily life in this country, but I can say thanks to Jorge Navarro I keep working and fighting to keep myself alive in this hard industry and I know that I will be successful one day just like he told me.
And I know he will learn from this experience!



With no more to say I wish you the best in life.
God bless you!

Thank you very much!



Isaac "Manny" Jimenez O.

Dear Honorable Mary K. Vyskocil.

My name is Isaac Castillo, I am a 23 years old Panamanian jockey actually riding in The United States Of America.

When I came to America in december 2016 I tried to start my career in Gulfstream Park. For some reason I didn't get lucky and about march 2017 while I was desperately looking for a solution Navarro told me: Don't worry, I'll take care of you and I will make you a successful jockey!. And that was my first year starting my process of living my American Dream.



Jorge is a person with goals. He always had something to go for.

In the championship meet in Gulfstream Park 2018-2019 he won the leading trainer statistics and he won the race in dubai. It makes me feel really happy cause it made me feel part of it because I won a couple of races for him in Gulfstream park that year and I used to be one of the jockeys that would breeze horses to get them ready for the races.





Jorge always treated me as one of his sons and always let me know that he was there for me and that is something I really appreciate and I am always going to be grateful to him for everything he has done for me. Because of what he has done for me I have been able to help my family in Panama and make a name for myself in this hard industry.



Jorge's character isn't easy, but he always meant the best, he would always tell the truth straight to peoples faces, sometimes not really nice, but always with the truth in fron! His character always pushed me to be a better person, better professional and a more interactive person.

Sometimes he would yell at me and I would not understand in the moment, but sooner or later I would understand, and every conversation I had with him had work in my daily life.



Jorge is a leader, he has a talent to motivate people and he has a unique talent to convince you of his conviction.

A perfectionist person that one thing not done well would drive him nuts, everytime I would go the wrong way he was there to give me advice and help me to get on the correct way.



A lot of the success I am starting to have in my career I owe to Jorge Navarro. I will always respect him and look at him as Jorge Navarro, the person that helps people without waiting to be compensated.

He teach me to be hard worker and dedicated and thanks that formula this year 2021 I end second in the jockeys standing in Monmouth park with 55



Isaac O Castillo C.

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


My name is Jesús Miranda. I'm a 46 years old U.S. citizen and a Florida resident for 25 yrs. I'm a former jockey and a Racing Official for Calder Racecourse, Gulfstream Park and Hialeah Park from 1998 to 2014. Currently I work as an Armed Security Officer for a Preschool and Jewish Temple in Hollywood, Florida.

I met Mr. Navarro in 1997 when I was riding at Calder Racecourse, I was 19 years old at the time. He was working with his stepfather and horse trainer Julián Canet as a groom, taking care few horses and learning to train as well.

Mr. Navarro and I became good friends along the years as he later became a horse trainer, and I was an assistant clerk of Scales and Silks' man for said race tracks. Mr. Navarro always respect me and treated me with decency. I never heard any complaints from my staff about Mr. Navarro during my 16 years as a Racing Official.

I consider Mr. Navarro a great father and husband, a good son to his mother Orietta Canet who I personally known, and an excellent friend. I learned from Mr. Navarro and I'm sure he also learned from me as we cherish many memories and a good friendship.

Respectfully yours,
Jesús Miranda

**Honorable Mary K. Vyskosil**

**United States District Court Judge for the**

**Southern District of New York**

**500 Pearl Street**

**New York, NY 10007-1312**

With much respect I address you and introduce myself as Frederick Delbrey Cruz currently residing in Puerto Rico. I am 46 years old. I grew up in a low-income community, as we call it a public residence on our island. My mother with whom I lived alone with my brothers always taught us to take care of each other and do good to others. I am the youngest of three brothers, I work in an insurance agency, and I have a master's degree in Human Resources. With my father, a racehorse trainer in Puerto Rico, since I was a child, I learned to love the sport of horse racing until I became a trainer just like him and I am currently the manager of a well-known stable and I do it in my free time because I passionate.

I know Mr. Jorge Navarro since 1999 when he was at the Calder racecourse and shared free time in the kitchen with his brother, watching the day's races. Two years later I went to look for new experiences and I went to New York to work at the racetracks and get more experience in a higher quality racecourse. As time went by, I heard the name of Jorge as a coach, and I felt very proud because he knew where he came from and was looking to progress in the sport of horse racing. He was always very aggressive when putting the horses in the groups where he could win the race and that distinguished him from the other trainers because he only thought about seeing his horses win and keeping his clients happy.

I returned to Puerto Rico in 2011 and in 2015 the name of Jorge Navarro continues to sound and competing in the most famous races in the United States such as the Breeder's Cup, Cigar Mile among others. I was always proud that a Latino like me was at the top and represented me. When he went to compete in Dubai in 2019, I jokingly said 'waooo where did this jibaro come from' without thinking that later I would be training the horses for which I am the stable manager. He won one of the biggest races of the day in Dubai and that's saying a lot for a horse trainer. In 2019, I managed to communicate with him again remembering old times and remembering where we came from. Jorge began to train the horses of the Sonata Stable and his words were friend, my business is to win because now I have small children that I must push forward with my wife.

From that moment when friendship united us, but it was also business we used to talk daily or send each other texts always talking about horses and family. Jorge always helped his employees and advised them so that they would grow as he grew and would not remain stagnant. He was always a man of strong character but inside he was very naive because he did not like to see people badly and, in any way, he tried to help them, whether it was with money or always a council of prosperity. With his business he helped many people to bring food to their tables to support their families and to send money to their Latin countries where many people who work in the horse racing industry come from.

Whenever I can, I talk to Jorge and he will always have my support, because he is a good friend and family man who has many lived experiences that can contribute to society and communities by carrying a message of progress and success in life. Whenever I can, I talk to Jorge and he will always have my support, because he is a good friend and family man who has many lived experiences that can contribute to society and communities by carrying a message of progress and success in life.

Jorge Navarro has been a tireless worker recognized for his successes and the long road he had to travel to get where he got, which was to run in the most important races of North American horse racing. I am proud of Jorge's friend and whenever he needs me, I will be available to give him my hand. I hope I can contribute with this letter that I respectfully send you and that in your understanding I will make you smile after having read my letters. Jorge Navarro and I are a reflection and example of people who look forward to progress without hurting anyone.

**God bless you and always take care of you from all evil.**

Sincerely,

Frederick Delbrey Cruz, MBA

To the attention of The Honorable Mary K. Vyskocil,

My name if Frank J Luengo, happily married with two beautiful daughters. I've known Jorge Navarro and shared a close friendship since Middle School at Highland Oaks Middle School near Aventura Florida. During our time in Middle School, I saw a shy, caring young boy. Jorge originally struggled as a Spanish speaking student and assimilating in a predominantly English-speaking environment. But this didn't deter his positive and caring nature from coming out. His attitude and personality made developing a close relationship very easy.

After middle school, we were fortunate to transition together to the same high school. There is where I had the privilege of watching Jorge develop into the caring man I know today. Jorge approached relationships without bias or prejudice, I witnessed firsthand how he treated everyone with equal respect.

As time, life, and family priorities have monopolized our time, we have naturally spent less time together. But we have managed to maintain our friendship and when we've gotten together it has been as if we've never lost touch. During these moments I have seen the loving father and husband Jorge has developed into. He's always prioritized his family and his focus in life has been on them.

Knowing Jorge for over 30 years, the constant has been his caring nature and positive attitude. I have no doubt that Jorge has been, and will be a production member of our society, and a positive contributor to his community.

Thank you for allowing me the opportunity to provide a small sample of my feelings and interaction with Jorge for over 30 years. Please feel free to reach out to me if you have any further questions.

Thank you

Frank J Luengo

Maikol Tunon

September 16, 2021

The Honorable Mary K. Vyskocil
United States District Court Judge for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

I am Maikol Tunon professional rider. I am 26 years old with a license in the United
States currently riding at the Monmouth Park, New Jersey racetrack thanks to the hand
of Jorge Navarro who has been my mainstay since I arrived in this country.
Jorge Navarro is currently my best friend here in the United States since I have known
him since 2010. He is the person through whom I have become and thus obtain the
achievements and assets that belong to me today due to his unconditional support that
has always provided me with his advice and guide on the right paths.
Jorge has been an enterprising person and always thinks about being better every day.
Thanks to his positive attitude, he has surpassed himself in this country, he has
managed to surpass himself and meet some of his goals, even coming from a very low
level.
Jorge has been a good person despite having a strong character but has a noble heart,
he does not deny help to any person who needs it, which contributes to being a person
accepted by people and in the community.
Due to his way of being and strong character I have been able to take his advice without
doubting what he tells me, I have verified that 100% of what he advises me is true,
which has contributed to my decisions being the best.

Jorge will continue to be the same person in society since his way of being would not
change, that is the reason why the community and people will be able to trust him as a
person to build and guide their future without any preamble. I am truly grateful for him
and what he has done for me in my life.   A true role model!

Sincerely,

Maikol Tunon
Jockey United States

10/11/21, 1:42 PM                                                                                    Gmail - (no subject)

 Gmail                                                           m isabella <sashamarien1999@gmail.com>

## (no subject)
1 message

**Jose Ferrer** <ferrer1718@icloud.com>                                              Mon, Oct 11, 2021 at 12:59 PM
To: sashamarieN1999@gmail.com

To whom it may concern,
Hello my name is Jose Ferrer I am 57 years of age and have been a professional jockey for 38 years. I have had the pleasure of coming up with Jorge Navarro in this business (horse racing) since the early 90's. I have been able to watch him grow as a young boy to a man, into a family man. He has worked very hard and has always given the community and to those in need. He has always given everyone an opportunity regardless of what others have said about them  but if they were in need he gave them a chance. Ive sat with Jorge many mornings and admired his hard work ethic and love for both the sport and animals. I thank him for giving me a chance and always believing in those around him. He's given me great encouragement throughout some of the toughest times of my career. He has always been very fair it didn't matter your age, race or standings in the business. I am grateful to have a friend like him. Thank you for time.
        Sincerely,
                Jose C Ferrer

Sent from my iPhone

 Gmail

## Good character letter for Jorge Navarro
1 message

**Faith Wilson** <faith.ann416@yahoo.com>    Sat, Sep 25, 2021 at 11:19 AM
To: sashamarien1999@gmail.com

From: Faith A. Wilson
7 Wood Avenue
Port Monmouth, NJ 07758
908-461-4555

To: The Honorable Mary K Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

I, Faith A Wilson am writing this letter to you to provide a character reference for Jorge Navarro, who I have known as a colleague and friend for nearly a decade. I provide this reference in full knowledge and understanding of his charges.

I met Jorge at Monmouth Park Racetrack when I was an assistant trainer there, we went from colleagues to good friends over a few years and have remained so for almost 10 years, spending holidays and numerous other occasions together in which he has always been extremely generous with my family and children.

Jorge is a person of good moral character and I realize given the current circumstances it may be hard to believe but is true nonetheless. In the many years we have been friends I have seen him be a great father and example for his children, all while working countless hours and remaining active in his church with his wife and helping to give back to the community.

I am certain that he is very remorseful and willing to do whatever he can to make reparations, both financially and emotionally. I only hope this letter and the many others you receive are taken into consideration and help you get a clearer picture of Jorge outside of your courtroom.
Sincerely,
Faith A Wilson

9/29/21, 10:42 AM                                          Gmail - Jorge Navarro

 Gmail                                          m isabella <sashamarien1999@gmail.com>

**Jorge Navarro**
1 message

**Anne Lawrence** <sam61080@me.com>                          Tue, Sep 28, 2021 at 7:19 PM
To: m isabella <sashamarien1999@gmail.com>

The Honorable Mary K. Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

    My name is Anne Lawrence. I have been working on the racetrack for 43 years . I have been running a pony service for 30 years   I met Jorge and his wife about 20 years ago when he was an assistant to a trainer I worked for . When he started training on his own I went to work for him and have been friendly with him and his family ever since. I work for many different trainers and he has always been one of my favorites to see in the morning. We got along extremely well and he was always very respectful of me and trusted my judgement. He was always genuinely concerned about me and my family and always asked how my day was   He has a beautiful family and always did whatever he could for them. I believe Jorge is a good person and I will always stand by him. I don't believe he belongs in jail.
Sincerely Anne Lawrence
Sent from my iPhone

October 7, 2021

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

Your Honor,

My name is Hendrick Chen, I migrated from Jamaica in 1996 and entered the thorough bred horse racing industry in 1998. I worked hard in my chosen field and eventually obtained my trainers license in 2006. I also ventured into the ownership of thorough bred racehorses. I am a father of four beautiful children, and I play an active part in their lives. I am conscientious, hardworking, and ambitious person, working to improve myself daily.

I met Jorge Navarro in 1998 but started working for him in 2016 when I took the position of assistant trainer for his stable of horses that he trained for various owners. During my tenure with Mr. Navarro, I participated in all aspects of the training and caring for the horses the stable. I also represented the stable at major racetracks in the United States. My working relationship with Mr. Navarro strengthened over the years and we maintained a professional and trusting work atmosphere. Mr. Navarro is the consummate professional and strived to be one of the best trainers in the industry.

Jorge is a great family-oriented person who cares for his entire family, from his wife and children to his parents and siblings. He is also very generous to and considerate of his workers, friends, and associates, always willing to help and aid when he can. There have been many occasions where I have witnessed Jorge providing financial assistance to his employees. On a weekly basis he would always inquire as to the well being of his staff and their families. When my mother passed, he provided financial assistance to help with her funeral.

Mr. Navarro is an honest, loving, and respectful individual. He possesses a high level of integrity, morality, and class. He is a no-nonsense person and at times was very stern as to how he wanted the daily training process for the horses completed. This was primarily because he required the best from everyone who worked with him and wanted to see them succeed because this also meant that he would be successful.

With all the good qualities that Mr. Navarro possess he has the ability to contribute significantly to society and the community by continuing to strive to be one of the best and most successful trainers in the horseracing industry, showing others that hard work and dedication is necessary for advancement. His generosity, honesty and respect for others will also help those around him and this would have positive far-reaching effect in the community.

Yours sincerely,
Hendrick Chen

Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York


My Name is Ernest Mojica, I live and work in Naples Florida as a Sign Designer
for a local company. I'm a proud father of two children, a grandfather to an energetic 3-year-old.

I have known Jorge Navarro for approximately 30 years; we met while I was an assistant manager
at a retail store in the city of North Miami Beach and where we worked together. We quickly became
friends, and still are to this date.

From my personal observations I can say he is a great father, a good friend and one the most
Hardworking person I know.

When I first heard of Jorge's situation I was very saddened and concerned and not what I would
have expected from him, and as much as I would like to, I still don't understand the whole picture.
It is not my place to say what the end result should be. I do hope that you see him first as the family
man that he is how his children have turned out to be.

I know that through hard work and great efforts he is capable of making up to the troubles he
may have caused and proving to us all that he is what I always believed him to be:
A great person who I and others can count on when I need him most.

Sincerely,
Ernest Mojica

M Gmail

# Jorge Navarro

1 message

**Javier Cervantes** <chofer66@yahoo.com>
To: m isabella <sashamarien1999@gmail.com>

Date 10/10/21

Javier Cervantes
Truck driver Andy Simoff Horse Transport
My address
17e Redmont rd
Wilmington DE 19804
Phone 302 528 4341
Chofer66@yahoo.com

I am a truck driver I work in the horse business for 30 years
I am a Mexican citizen
Been living in this country for 38 years I'm resident
I know Jorge Navarro since 2005
He's been my friend all this time
He's a good man he's there every time I need him he help me to many times
Help me And many people I know
He has created many jobs in the Horse business and everyone qualifies him as a good boss
And I know they miss him
The business is not the same without Jorge Navarro we all know it
The race track miss him to
He help a lot of people
The Mexican people work at racetrack miss him a lot
I know him for a long time it's a good husband he's a good father and he is a good son
Thank you
Javier Cervantes

0/21, 5:14 PM                                                        Gmail - (no subject)

 Gmail                                          m isabella <sashama

## (no subject)
1 message

**Luis Walter** <ellulu.lw75@gmail.com>                             Wed, Se
To: m isabella <sashamarien1999@gmail.com>

Your Honor,

   My name is Luis Walter.  I Am an exercise rider at Penn National race course.  I have worked at Penn National for the past twelve years.
I am writing in regards to my friend Jorge Navarro.  I have known Jorge for twenty seven years. he was always a good friend to me and although
he became a very successful horse trainer his personality and our friendship always remained the same. if i needed advice about horses he would
always answer any questions I have. When Jorge had horses shipping into Penn National to run, I would help him with that as well. Jorge was always
generous with pay, he truly appreciated when his horses were well taken care of.
   I believe that Jorge is a great husband and Father. He takes care of his family and i hope that you will consider a lesser sentence for him because
They will be lost without him.  Jorge is an amazing human being and will always have positivity to offer to our society.
   Thank you for taking the time to read my letter. Please contact me with any other questions or concerns.

Sincerely,

Luis Walter
(717)769-9893

To: The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

My name is Gustavo Mejia and I'm from Mexico. I came to the United States in October of 2005, I arrived to South Carolina for a couple of months. Later, I decided to move to Ocala, Florida on December, 2005. I'm married to Jessica Mejia for 14 years, we been blessed with two children Angelina and Alexander Mejia.

I met Jorge Navarro when I moved to Ocala, Florida on December, 2005. He was a Horse Trainer and he give me the opportunity to work for him.

I gained his trust, we became good friends. I worked for him for over 5 years, but unfortunately the busin went down and we went separate ways, but we still kept communication over the phone and sometimes we met occasionally. Jorge Navarro had to moved out of town to follow his dream to become one the best horse trainers.

After a couple years I noticed how Jorge Navarro was improving on his career, I read articles from magazines, where Jorge Navarro was recognized for his racing winnings. From the horse industry, he was becoming great and well known as a horse trainer.

As my own experience, Navarro always show empathy and respect for his employees. When I was working for Jorge Navarro, he taught me so many things, how to be responsible and work hard for my goals. I learned to face positively to any situation even though there are times where it may be challenging. Navarro taught me to never give up and overcome to any obstacles. Jorge Navarro is a clear example of that, because even his career was very stressful and time consuming, he never turn back his passion with racing horses. I believe that Jorge Navarro is a great example of hard work and dedication to his career.

Sincerely

Gustavo Mejia

**The Honorable  Mary K. Vyskocil**
**United States District Court Judge For**
**The Southern District Of New York.**
**500 Pearl Street**
**New York, NY. 10007-1312**

To The Honorable Mary K. Vyskocil , my name is Juan D. Duarte

In Reference to Mr. Jorge Navarro .

I know Mr. George Navarro for over 25 years he is been more than a friend to me ,through the years ,
I being witness of his hard work and good care of family relatives and friends ,He is a really good
Person a good son ,a good husband and a amazing father .

Any other far information ,please don't hesitate to contact me at (954)292-8654
Thank you

Att; juan D Duarte

10/01/2021

To Whom it May Concern,

**Judge Mary K. Vyskocil**

I consider myself a family man, hard-working, honest, and integrated to society

I am a friend of Jorge after having known him over the years,

being an amateur being myself a fan of the Hipico world and watching him grow and obtaining all his achievements always offering me his friendship, trust and seriousness in his work.

I have known Jorge since 2007 at the racecourse Tampa Bay Down As a coach and through the years I have been able to see his achievements obtained with his professionalism and dedication in his work obtaining several awards and recognitions in his career as trainer.

I have always seen Jorge as a professional man with seriousness and responsibility in work as a trainer.

In my personal opinion I consider Jorge a man of good character, respectful and sociable.

I hope you can continue doing your job as a coach so that I can continue to watch and have the pride of enjoying his great successes.

Sincerely,

Guillermo Gaviria

9/27/21, 8:11 PM                                          Gmail - Good character reference for Jorge Navarro

 Gmail

m isabella <sashamarien1999@gmail.com>

## Good character reference for Jorge Navarro
1 message

**Faith Wilson** <faith.ann416@yahoo.com>                                     Sat, Sep 25, 2021 at 11:20 AM
To: sashamarien1999@gmail.com

From: Erasmo Carlos Cortes
7 Wood Avenue
Port Monmouth, NJ 07758
732-900-9513

To: The Honorable Mary K Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

I, Erasmo Carlos Cortes am writing you as a good reference for Jorge Navarro to help you see the type of person he is despite his actions that have led to this point.

I have known Jorge professionally and personally for many years. He has been my employer, mentor and most importantly a friend. During my several years of employment with him he has always been fair and generous with his employees. Jorge has always treated us as a family instead of just staff and has had us to his home with his wife and children for nearly every holiday.

I can tell you with certainty he is remorseful for what he has done, but I hope that will not be the only part of Jorge you look at before you determine his sentence. Please take into consideration this letter on his behalf.
Sincerely,
Erasmo Carlos Cortes

The Honorable Mary K. Vyskocil

I, Richard Ciambrone am the president of Mid-State Feed Co., Inc. located at Monmouth Park, NJ. Jorge has been a valued customer of mine since May 2012. He has never once been delinquent, in fact, he paid his bills weekly. I have watched him grow from training three horses to having over a one hundred horse stable. Jorge and I became close enough to talk about our families and the relationships that often get complicated. I know he places his family above all else and is concerned about their future. Whatever Jorge chooses to do in the future, I am certain he will be successful and an asset to the community.

Richard Ciambrone, President

MID-STATE FEED CO., INC.

 Gmail

m isabella <sashamarien1999@gmail.com>

## Jorge Navarro character reference letter
1 message

**Holly Harris** <hwindshark@aol.com>                                    Sun, Oct 10, 2021 at 8:06 PM
Reply-To: Holly Harris <hwindshark@aol.com>
To: SashaMarieN1999@gmail.com

To The Honorable Mary K. Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    My Name is Holly Harris, I am an Owner, Breeder, and Trainer of Thoroughbred racehorses.  I have been training at Monmouth Park, NJ for over 25 years and I run Starting Line Stable.

    I met Jorge Navarro when he first came to Monmouth Park about 8 or 9 years ago.  I watched him grow from a few claiming horses to one of the top trainers in the country.  Along the way we became friends, had many long chats and gave each other advise.

    In all my years of knowing Jorge he was tough, demanding and yet humble.  He always wanted the best for his horses and things done the right way.  He was fair and professional and always showed me respect.  He took the excellent care of his horses.  I have never seen Jorge mistreat or abuse a horse in any way.  Actually quite the opposite, he would quickly fire anyone who mistreated one of his horses. The horse always came first, as anyone in this business understands.

    Jorge contributed a lot of good things to the racing community.  Always willing to help someone out.  Give them a job.  Give them a second chance if they messed up.  Get them started on a career.  He didn't pass judgement on others.  He treated everyone fairly and took the time to talk to everyone from the hot walkers to the feed men and the exercise riders.

    He came from humble beginnings,  working his way up and I believe he remembers them.  I hope to see him back someday.

Sincerely
Holly Harris

# OCALA EQUINE HOSPITAL, P.A.



10855 N.W. U.S. Hwy 27 • Ocala, FL 34482

352-368-1616 • Fax 352-368-1609

Joel Lugo
10855 N US HWY 27
Ocala, FL
352-209-4899
Lugojoel.dvm@gmail.com
9/29/2021

Honorable Mary K. Vyskocil
United States DIsctrict Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Mary K. Vyskocil:

I am writing this letter of reference in support of Mr. Jorge Navarro and also to explain my relationship with him in the last 5 years. My name is Joel Lugo. I am an equine veterinary surgeon currently working as an associate surgeon at Ocala Equine Hospital in Ocala, FL. My surgery caseload consist of a large number of Thoroughbred race horses in training and racing. I met Mr. Navarro five or six years ago through a common client in the Thoroughbred racehorse industry in Florida. Since then, we developed a good professional relationship and I became the surgeon for his horses when they were located in Florida.

Jorge Navarro has always been very professional, respectful with me and very compassionate with his horses. He is an excellent horseman that loved his job and the horses. During the last few years, I consulted in many cases as well as treated many of his horses including the famous horses XY Jet and Sharp Azteca. When we discussed the health of his horses, he always considered the health and well-being of the horses. Decisions and treatments were made as animal lovers and not for any financial considerations or personal ambitions. Horses that required surgery will come to Ocala for surgery and then they will go to a local farm for rehabilitation until they were ready to train and go back to the races. Most of the horses that we treated and rehabilitated went back to the races. If the injuries required retirement for racing, Mr. Navarro will treat them accordingly and then find a place for them. Horses were then used for reproduction, for other equine disciplines or as pasture pets. I don't remember euthanizing a horse because he didn't want to treat him/her or because the horse was not useful for them anymore. Again, he always looked for the best for his horses and made the right decisions regarding medical treatments.

There is a horse that comes to mind when thinking about Mr. Navarro that I will never forget because he gave us all of us joy and pride. The name of the horse was XY jet. Navarro and the

Honorable Mary K. Vyskocil
9/29/2021
Page 2

owners gave me the opportunity to do surgery on XY Jet's knees in 2015.  Following surgery, he stayed in Ocala and we took care of him during his rehabilitation.  He return to race in a few months to win impressively and became one of the top sprinters in America in 2016-2018.  Because of his delicate knee conditions, the horse stayed in Ocala for a few months of the year every year to rest and rehab.  He even had surgery a second time in 2017.  During the times the horse was in Ocala or racing up north, I had constant communication with Mr. Navarro regarding XY Jet.  We discussed XY jet treatment and condition and made decision accordingly.  XY jet was treated like a super  athlete and we always gave him the best treatments available.  We never discussed the use of any illegal or unethical treatment with him or with any other of the horses.  The horse return to train and race when we though the horse was healthy and ready.  There was never any pressure from Navarro or the owners.  We even discussed his retirement in multiple occasions.  I remember the day when XY Jet passed away.  Jorge called me crying to tell me directly the news.  It was a very sad day and I know Navarro was devastated because he truly loved XY Jet.  The example of XY jet was the same with many other horses.  Horses came to Ocala for treatment and rehabilitation and they obtained the best treatment available.  There was always excellent communication with Jorge Navarro.

I also know Jorge Navarro as a nice family father.  During the years I worked with him, I got to meet his brother, wife, mother in law and children.  I interacted with them at farms, sales, and the racetrack.  My impression was that he is a dedicated and respectful father and husband.  Although I considered him a workaholic, he seems to spend a lot of quality time with his family.  Everybody in the family enjoy the horses but also they all seem to be happy and loved by Mr. Navarro.  Jorge is a serious, mature and intense in his job but outside the work he is very friendly and pleasant to be around.

In summary, Jorge Navarro is a person that loves his job and his horses.  In my honest opinion, he is a very nice guy and good person.  He was always respectful, humble and responsible.  He was always very compassionate with his horses and treated all of them very well.  I know for a fact that he is an animal lover and a good family man.  I am a believer that he still have a lot to offer to our society.

If you have any question, please feel free to contact me at 352-209-4899 or by email lugojoel.dvm@gmail.com.


Sincerely,

Joel Lugo

Bryce Soth
11604 Palmetto Way
Hollywood, FL 33026
(504) 638-4966

September 23, 2021

Re: Character Reference for Jorge Navarro

To: The Honorable Mary K. Vyskocil

Your Honor,

I have known Jorge Navarro for the past 20 years in various capacities. When I worked as a racing official, I interacted with him when he made racing entries. In this business capacity, Jorge was always professional, organized, and timely. When I left my position as a racing official, I became a jockey agent.

In this position I represented numerous jockeys who have ridden horses in the care of Jorge Navarro. Due to this, I visited Jorge's barns often. There Jorge continued to display the same qualities that I had seen in him at the racing office. However, it was at the barns where I witnessed the qualities that I admire most about Jorge. The time that he spent there showed true devotion: early hours to evenings. His care and concern about the horses was evident.

Working with Jorge over time in these various business situations, we did develop a friendship. I trust and respect his opinion and have asked him on many occasions for advice in both business and personal matters. I know that Jorge has a good heart and that there is nothing more important to him than his family. I firmly believe that Jorge will learn from these circumstances and apply the lessons learned in his future endeavors.

Sincerely,

Bryce Soth

The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

Dear Judge, Vyskocil,

  Hi, my name is Marianne Maust. My husband and I own and operate a thoroughbred rehab and boarding facility in Oxford Florida since 2018. I along with my family have been in the thoroughbred industry for over 30 years. I have been an owner, trainer and also an equine therapist. During the years of 2018, 2019, and 2020 we had many of Jorge Navarro's horses in our care. He would send us horses who were going to Ocala for surgery and needed rehab afterwards, horses that had minor issues that he felt needed time off and horses he would give time off so they could just be a horse and have some R&R. Jorge always wanted the best for his horses and that is literally what he would say every time we would discuss the progress of each horse while at our farm. Jorge would always give each horse almost double the time off they needed; he always wanted to make sure the horse was one hundred percent before returning to the track. If a horse was not able to return to racing, he retired them and found them homes. In fact, there were a couple horses he sent to us so they could have the time they needed before they were retired and found new homes. There was one horse he claimed for an owner just so they could get him back and retire him at their farm. We also had a horse he claimed that immediately had to go to surgery due to a slab fracture which happened during the claiming race; the surgery saved the horse, but he was unable to race anymore and needed to retire. Jorge kept the horse at our farm for almost a year while he healed along with gelding him plus, he paid for shipping to Kentucky where he found his new home; all out of his own pocket. During the few years he sent many horses to us which returned to racing but there were 12 horses that were not able to return to the races, so he retired them and found them new homes. Many of those horses Jorge also paid expenses out of his own pocket till their new homes were found. We personally kept three of those horses and still have them to this day Dapper Sam, Gamblers Ghost and Tale of Fire.

  Jorge is a good person who loved his job and genuinely cared about the wellbeing of the horses in his stable. In my opinion the racing industry needs more trainers like Jorge, trainers who care about the wellbeing of their horses not only while they are competing but even after their careers are over.

Sincerely,
Marianne Maust

**R.Alexander Maust**
12943 County Road 245e
Oxford,FL 34484
(614) 404-6563
Maust65@gmail.com

4th September 2021

**The Honorable Mary K. Vyskocil**
United States District Court Judge for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Mary K. Vyskocil

The reason for my letter is to discuss Jorge Navarro. I think first I should
introduce myself so you are aware of my credentials. My name is Alex Maust,
I'm a retired Lieutenant, firefighter, paramedic, and fire investigator. I served 27
years with Jackson Township Fire Department in Grove City, Ohio. I live in
Oxford, Florida with my wife Marianne of 14 years. We have a thoroughbred
rehab and boarding farm. I'm also a realtor with RE/MAX Premier Realty.
I first met Jorge Navarro roughly three years ago. My wife and I opened a
Thoroughbred Rehab and Boarding Facility on Jorge's recommendation in
Oxford Florida. Jorge told us how unhappy he was of the condition of his
horses after returning from other such facilities so we decided to open our
own up.

I can tell you from firsthand experience Jorge always cared for his horses. The
second year we had 30 of Jorge's horses. This one time we had one of Jorge's

horses at our farm for rehab and it wasn't going well. Jorge showed up to check on his horses, which he did frequently, Jorge asked how Dapper Sam was doing and we told him not well.  Jorge said lets give him more time and if he cant return to race lets find a forever home for him. We said we would take him and not charge any board and would get him healthy again and find

him a good home. Well a couple months went by, Sam was healthy, Jorge called and wanted to see if he could race again. So Jorge sent him to the racetrack. Jorge gave me his word if things didn't work out with Sam we could have him. Well three months went by and Jorge called and asked if we could afford to have Sam transported to our farm. Jorge said there was a trainer that would take him but Jorge wanted Sam to retire. We told Jorge absolutely so Sam was sent to us and to this day Sam is still alive and thriving because of Jorge Navarro's caring of his horses. Jorge would do this from time to time. A matter of fact we have three horses he did this with. The other thing Jorge cares about is his family. Jorge was always thinking of, talking, caring for his family.

Jorge has a big heart and it would be a shame if he couldn't contribute to society and make it a better place.


Respectfully,


Alex Maust

**Winning Edge Farm**
Oxford, Florida

# Rene Douglas

Natvdouglas@hotmail.com



SEP 28 2021

9/20/2021

The Honorable Mary F. Vyskocil
United States District Court Judge – Southern District of New York
500 Pearl Street. New York. NY 10007-1312

**Dear Judge Vyskocil,**

I would like to thank you in advance for giving me the opportunity to support Jorge Navarro in his upcoming sentencing.

I was a Jockey for almost 30 years until a horse racing accident in 2009, left me paralyzed. After my accident, I wanted to continue to be involved in horse racing so I formed a small horse racing partnership with a highly successful stake horse "Private Zone". Knowing Jorge Navarro for many years not only as a person, but as a trainer, it was an easy decision to hire him to train our horse. His knowledge and care as a horseman and his character as a person, husband and father made our experience and my return to the racing world that much more special.

Just like I had a second chance to be a part of something great, I respectfully ask of you to have mercy and understanding and give Jorge Navarro an opportunity to prove that he still has a lot to offer not only to society but also to his young children.

Sincerely,

Rene Douglas

Vivian Machado Hernandez
21438 NW 40 Circle Ct.
Miami Gardens, Fla.  33055
(305) 793-7105


September 9, 2021


Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Honorable Judge Vyskocil:

I am witing this letter to you on behalf of Jorge Navarro who I have known for over twenty five years.

My name is Vivian Machado Hernandez, I reside at 21438 NW 40 Circle Ct., Miami Gardens, Fla. 33055
and have done so for over 30 years.  For the last 30 years, I have as Vice President, Director, Secretary,
Executive and Assistant to the Owner of a few family owned corporations.  I started in their company
selling alarm clocks to major retailers like Walmart, Target, Kmart , CVS, Rite Aid, etc. and from there we
went on to sell electronics, toys and small appliances under the brands, Cosmo; Craig; Magnavox and
Admiral.  I have also been a farm owner breeding and racing thoroughbreds under my name and under
the M.Z. Racing Stable LLC banner.  I have raced all over the East Coast in Parx, New York, Saratoga,
Delaware but my base was Calder Race Track in Miami, Fla.

I met Jorge at the race track when he was very young and starting his career.  He broke and trained
many thoroughbreds for me in Ocala and I always found he did an excellent job and we continued our
friendship through the years.

I always found Jorge to be a respectful, hard working , excellent person and I am very proud of knowing
him and his family.  He has always taken care of his whole family to include his mother, grandmorther,
aunts, sisters, children and grandchildren.  When talking to me about his family, he always had high
praises for his wife, Jenifer , as well as all his children, he adores them.

It is my opinion that it will be a great injustice to the community to take Jorge's support from his family
and his young kids.  They need him and he has always been there to support them emotionally and
financially.

I have worked with horses many years and with Jorge and I have never seen anything distasteful and
bad that he has done and I consider a friend and a great person. As a matter of fact, I have a horse now
that I retire that is 16 years old that Jorge trained for many years, his name is M.Z. Don Zulon and I have
never spent a penny on him except for his vaccines and shots and he is very healthy and I hope for him
to live another 14 years at least.

If you need to discuss this further or have any questions, please do not hesitate to call me at any time at (3050 793-7105.  Also, if you need or want character references for me, let me know!

Your consideration and benevolence towards Jorge will be greatly appreciated by all of us.

Respectfully,

Vivian Hernandez

Judge Vyskocil

My name is Ronald Hendrickson, I have been a Dairy Queen owner for forty five years. I reside in Prior Lake, Mn and I have been a horse owner for approximately Thirty years. I've had I believe four other trainers over the years and Jorge Navarro was my trainer for seven years.

In the winter months I travel to Florida and I enjoy going to the barn and watching the morning operation of working, bathing, feeding + grooming the horses. So every morning for four hours I go and watch the morning routine and get to see the employees, horse shoers, riders etc.

Jorge is very hands on keeping everyon running like clockwork always making sure everyone keeps the



wellbeing of the horse first and foremost and always at the top of the list. Jorge was there 5-6 days a week and when he wasn't he would be at another stable, but his employees kept everything working smoothly and Jorge was always in phone contact.

3. At Monmouth Park Jorge won the Training Title 0 times.
At Gulfstream Park Jorge won the Training Title once or twice.
He won several big races in the US and in Dubai.

4. I remember hearing Jorge saying he had come across a mother and her two children who were asking for a handout, and he approached her and handed her $100. He asked her to promise to please use it to take care of her children. Jorge loves family and you could tell that family touched his heart. I know he has helped others

5. Jorge always took the health and well being of the horses seriously. If a horse didn't eat good the morning of a race he would scratch out of the race. I would ask him why and he would reply "they're just not 100%. I don't want to take a chance." Jorge always said and he made his employees understand "that without these horses, none of us would exist."

6. I feel Jorge is a great family man both to his immediate family + his extended family. He was a great boss to his employees and he watched out for them.

Sincerely,

Ron Hendin

The Honorable Mary Vyskocil
United States District Court Judge for the
Southern District of New York

Let me start by making you aware that George and I did not part on the best of terms and there are very few people I would feel comfortable standing up for, yet alone putting it in writing to a court.

I'm a father of two daughters. One is an equine technician, and the other is a registered nurse. I worked for 31 years as a project manager in the fence business doing work for the DOC, NASA, DOT, Port Authority and many others. Having horses most of my life at home and was involved with my daughters in 4H and Quarter horse showing. After becoming disabled and retiring, my horse interest turned to thoroughbreds at the racetrack.

Being a retired hands-on owner, I spent a lot of time at the racetrack, backside with a leading trainer as an assistant trainer. So, I am familiar with what can go on there. George was stabled nearby, and I was able to witness how he ran his stable, what time he arrived in the morning and what time he left I also saw how he treated his horses and employees. What I saw was the hardest working trainer at the track, working 24/7 only taking time off when his family came to visit. His care for the horses was exceptional, the best bedding, feed, vitamins and care. No expense was spared. Far from the norm at the track, George always treated his employees with respect, working alongside and monitoring them. They were the first ones there in the morning and the last ones to leave. He ran a no tolerance policy of abuse to the horses and of using drugs or any kind of violence. There were instances and they were promptly terminated.

Eventually I moved my horses, to George where we became friends. I got to see another side of him although not much different then how he was with his employees. A very compassionate guy. A man that would hang up the phone after talking to his 3 & 6 year old with a tear in his eye, A man who broke up while toasting his adopted stepdaughter at her quince, A man supporting his Mother and other family member's. I saw the love between him and his family and was honored to have been invited to be a part of their special occasions. I then saw why he worked so hard.

It was a sad day when I had to leave horse racing for health reasons and move to a more suitable climate, George's business was growing, his owners were getting bigger, and I could see the pressure on him was getting more intense. I've been away from racing for a few years and don't know the particulars of what happened, but I do know he would never do anything to jeopardize the health of a horse or the wellbeing of a jockey.

All I can add is George has strong family values, is a leader in the Spanish community, a great work ethic and would give anyone the shirt off his back. It's just a shame that he feels, as he puts it, "he has to prove himself because he's brown". I tried to impress on him it was no longer like that, and he could use it to his advantage. I would not try to defend him or make excuses, but I will say he is a product of being raised backside at the racetrack.

Thank you for your consideration.
Gary F. Maluski

**The Honorable Mary K. Vyskocil**
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

My name is Mikhael Rolffs I'm 46 and an Equine therapist. I've been working in the racing industry since I was 15, I've done everything from hot walking to exercise rider to having my trainer's license.

I met Jorge Navarro over 20 years ago when I started galloping horses at Calder racetrack. I had previously met Jennifer Navarro in Kentucky at Turfway Park and we started hanging out again and I met Jorge when they started dating. Jorge and Jennifer have been in my life ever since and I don't consider them friends they are family. Jorge has been like a big brother to me he has always watched out for me and my 2 boys. Watching what their family has gone through these past 2 years is heartbreaking. Seeing the effects, it has had on their kids and on Jorge and Jennifer is awful.  They are good people that go out of their way to help their friends and family they are hard workers and Jorge is one of the best horsemen I have ever been around. Reading the lies that they have written about him and hearing people that don't know him and his family talk about him makes my blood boil.  I have worked around and for some of the best trainers in the horse industry and I have never seen the care and time put in that Jorge does. What people that don't know Jorge don't see or understand is Jorge never cut corners Jorge knew every one of his horses not just as a number but by that horse. My sister had horses sent to her farm from another trainer it turned out 2 of the horses were previously trained by Jorge earlier in their careers Jorge recognized both horses and asked my sister about them he knew both their names he hadn't seen those horse for years and he remember them he knows his horses he cares about what happens to them when they are done he doesn't run them if he knows something is wrong with them and he gave his horses time off when they needed it. Jorge sent horses to my sister's farm for time off and they always came to the farm looking amazing.  Jorge always did what was best for his horses and told my sister whatever they needed they got. I got to go to Dubai and work on XY Jet and watched Jorge miss almost all of the extra parties and activities because XY Jet had a absent in his hoof and he stayed at the barn working on him day and night to make sure he was ok. When XY Jet passed away it was devastating to Jorge he didn't want to leave the house for 2 days he loved that horse. People make him out to be this bad guy that doesn't care and is all about the money and they are so wrong. Jorge is a true horseman he is an amazing trainer. I don't think it is fair that his livelihood has been taken away this has literally taken away the

one thing in life that he lived for the other thing is his family and I don't think he should have them taken away to. He has been punished enough by losing the horses his family needs him. I hope that you will take into consideration that you are leaving Jennifer on her own to raise their kids and be the sole provider for her family.

Thank You for Your Time,
Sincerely,

Mikhael Rolffs
Equine Therapist

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street

New York, NY 10007-1312


September 7, 2021


Re: Jorge Navarro


To The Honorable Judge Mary K. Vyskocil,


My name is Herman Wilensky, I am and have been an owner and trainer of Thoroughbred racehorses for the last 35 years. I have known Jorge Navarro and his family for more than 35 years. I have watched him grow up and I have watched him raise his children. Jorge has always been a great family man.

At the beginning of my training career Jorge worked for me as a groom for my horses, he has always taken great care of them. Jorge has also trained horses for me at times and always gave the horses the best possible care, he always made very good decisions for the safety and welfare of the animals. Throughout the many years that we have been friends and colleagues Jorge taught me a lot and he has always given me great advice. I respect Jorge Navarro as a person and as a trainer.

Sincerely,

Herman Wilensky

# MERSANT INTERNATIONAL LTD.

### Worldwide Horse Transporters
### Licensed Customs House Brokers

10th Street, Suite 302
Valley Stream, NY  11581

Phone: 718 978-8200
Fax:    718 712-0771

The Honorable Mary K Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Jorge Navarro

Tuesday Sept 7th, 2021

Dear Judge, Vyskocil,

My Name is Christopher Santarelli, our firm handles the International Racehorse transport
to and from events around the world.  I first met Mr. Navarro back in the winter of 2016.
He had a horse invited to compete in Dubai. I have since worked with him the following
four straight years for horses in his care that were invited to compete in Dubai.

My experience with Mr. Navarro has always been a good one, he would supply me with
the necessary requirements for us to prepare his horses for export from the United States.
He always expressed concern for how they would travel and always wanted them to be
handle with care.

Over these years I got to know him on a personal matter along with his wife Jennifer and
children.  Jorge has a strong family bond it was easy to see this from the beginning.  For
me it is not a question of how he will contribute to society and the community as I have no
doubt, he will do both of those things going forward.

The question I would ask is when he will have the opportunity to show the good in him
after these difficult times.

I do wish Mr. Navarro and his family all the best going forward.

Sincerely,

Christopher Santarelli

To:

The Honorable Mary K. Vyskoeil

United States District Court Judge

For the Southern District of New York

500 Pearl Street

New York, NY 1007-1312


From: Luvianca Guissell Morales

Hello,

I would first like to introduce myself as Luviana Guissell Morales. I am 23-year-old, a permanent resident of the United States, and currently employed for The Home Depot. I came to know Jorge Navarro through my time at Palm Meadows Training Center in October of 2018. It was through Mr. Navarro that I was given permission to both witness his training practices with horses and the opportunity to learn how to walk a horse. Prior to meeting Mr. Navarro, I did not know many of his accomplishments but after I soon learned that he was a trainer of many famous horses that went on to win multiple races such as the Golden Sheen in the Dubai World Cup. From Mr. Navarro's kindness I was able to learn that I had a passion for horse riding and specifically that of jockeying. For as long that I have known Mr. Navarro he had been a person of good character, a hard worker, and had an incredible amount of empathy for those around him. I believe that Mr. Navarro could continue to impact his community by helping guide and inspire others in becoming trainers and jockeys as he did for me.


Sincerely,


Luvianca Guissell Morales



# Finish Line Feed Inc.
Hay • Grain • Straw • Pet Supplies
P.O. Box 1859 • Dania Beach, Florida 33004-1859
(954) 920-1414 • Fax (954) 920-1891
www.finishlinefeed.com

September 21, 2021

The Honorable Mary K. Vyskocil

U.S. District Court Judge for the

Southern District of New York

500 Pearl St.

New York, N.Y. 10007-1312

I am writing you in reference to a case that is presently before you with the defendant Jorge
Navarro. My company provided his stable with feed, hay and bedding for approximately the last
5 years. We are located in South Florida and serviced his horses at Calder, Gulfstream and Palm
Meadows. He was one of the top trainers in South Florida during this time. He purchased the best
Hay and feed available for his horses. He always insisted on having extra bedding too keep his horses
Comfortable.

My company had a good business relationship with Mr. Navarro. He has always paid his account
on time. He was very professional to conduct business with. He had a first class stable that was
run professionally. He always put his horse's care 1st on the list. I regard Jorge as a good horseman,
Family man and husband. I hope this outlines my business relationship with Mr. Navarro.

Respectfully,

Patrick McHugh

President

The Honorable Mary K. Vysokil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY 10007

My name is John Koenig. I have been a horse owner for over 30 years and in that time have had over 100 horses with multiple trainers. I am in the marine business and have owned a variety of marinas and boatyards as well as passenger vessel operations. I have employed and worked with many hundreds of people. I have two grown sons and live with my wife of 32 years on a small farm in Millstone NJ.

I first met Jorge Navarro in January of 2011 at Tampa Bay Downs, a somewhat minor-league racetrack near Tampa FL. A mutual friend introduced us, and my first impression of Jorge was of a friendly, effusive and good-natured person. More than 10 years later, through his spectacular rise and recent notoriety, I have not changed that estimation. Back then he was little known in racing and training a string of 10 or 12 horses, with no big names among them. But his barn looked orderly and his horses well cared for. After that I kept an eye out for his name, but didn't see him much until he came north to train one summer at Monmouth Park in NJ, my home track.

I had owned horses based at Monmouth for a number of years and done quite well, being in the top ten owners several times. I had and have used a number of trainers with different styles and personalities. After Jorge came to Monmouth, I got to know him well, even though I had my horses with other trainers. Jorge was consistently affable, generous and always showed a concern for his employees, horses and markedly, his family. I got to know his wife Jennifer and his kids. It was obvious they were a loving family - not perfect, but loving. Just like most good families.

In the spring of 2013, I sent a horse to Jorge to train. He was my best horse at the time, and already a multiple stakes winner, so entrusting him to Jorge was a considered move. Jorge had not yet had a stakes horse, so I knew he would get proper attention and care. He did indeed, winning a stakes race (Jorge's first as a trainer) and finishing second in a Grade 2 stakes at Monmouth.

During this time I had another horse (trained by another person) claimed away from me (bought out of a race at a preset price). I learned that the horse did not come out of the race well physically and was put on the vets list, meaning he was unlikely to run again for months, if ever. I wanted to buy the horse back to retire him, as the trainer who claimed him had and has a terrible reputation, particularly for how he treats his horses and employees. I did not want the horse, an extremely gentle and friendly one, to end up injured or worse, as I feared he would with this trainer. I went to try and buy him back and the trainer was full of bluster about how he'd "find somewhere to run him" despite being on the NJ Vets list. He wanted more than the claim price from me, despite knowing he was not going to run him soon if ever, and that I was going to retire him. A sad example of the truly bad guys in racing. Anyway, when I told Jorge the story he stepped in. He convinced the trainer to sell me the horse for $2000. As I write this I am looking out at that very horse, waiting for his dinner in my back paddock, where he has lived the life of a well-loved and spoiled pet for the last seven years. With him is a goat named *Felicia*, his best buddy and constant companion during that time. She, too, is here because of Jorge's good heart. One fall a racing stable was leaving Monmouth for Florida, and did not have the proper health certificate for *Felicia*, the stable goat. She was left behind. Jorges assistant texted me pictures of her, alone and forlorn and leashed to the barn. Of course, I went and picked her up, and she too has been one of the family since.

Ever since, Jorge has asked me about *Felicia* virtually every time I have seen him - even while he had moved on to much greater success.

These incidents, more than most anything else, tell me about Jorge's true nature and the kind of person I believe him to be at heart. Whatever flaws he has, I feelJorge is at his center a good, compassionate and caring human being. I also know he is a loving father and husband. I strongly believe Jorge can and will be a positive member of any community he is part of in the future. I wish the best for Jorge.

Sincerely,

John Koenig

October 7, 2021


The Honorable Mary K. Vyskocil
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, NY 1007-1312


Your honor


I am Rodolfo Garcia, a thoroughbred trainer in the state of Florida since 1997.  I have known Jorge Navarro since the same year I arrived in Calder Race Course. At the time Jorge was working for his step father, Julian Canet, and I was assigned a barn next to Julian, therefore we were next door neighbors in the work site.

I was able to witness how Jorge went from being a groom to then an assistant to Julian to then become the successful trainer that he later on was.  Jorge was a very dedicated worker spending long hours at the barn even when he didn't have to be there.  He was always eager to learn and loved his job very much.  I always knew that there were bigger things waiting for him in this business.

He was always very respectful and with a smile in his face. Every morning he couldn't wait to say good morning and offer me coffee that they made at his barn.

Later on I lost track of Jorge since Julian moved to New Jersey, Monmouth Park, with his horses.  Jorge followed Julian to Monmouth. I believe it was in Monmouth when he first thought about going on his own and start training horses.

In a personal level, I have witnessed the excellent husband and father that Jorge is to Jennifer, his wife, and both his children Jorge jr. and Miah.  I have a ten year old of my own and we have shared family times where I could see the devoted husband and father he is.  As much as he loves his training of horses, his family always has come first. I can't remember the many times that he told me that he was tired of the long hours and that he wanted to downsize his operation so he could spend more time with his family.

Jorge, overall, is a good human being always willing to help in any way anyone that needs his help call it family or friends.

Sincerely,
Rodolfo Garcia

9/27/21, 8:12 PM

Gmail - Jorge Navarro

 Gmail

m isabella <sashamarien1999@gmail

## Jorge Navarro
1 message

**belartj@atlanticbb.net** <belartj@atlanticbb.net>
To: sashamarieN1999@gmail.com

Sun, Sep 26, 2021 at 11

To Judge Vyskocil

My name is Warren Jurkowitz, I am 62 years old and I have lived in Dade County for more than 50 years. I graduated from the University Of Florida and spent
life playing as a golf professional all over the world. In my spare time I loved going to the races.

About eight years ago I met Jorge through a good friend of mine who owned the most horses in Jorge's stable, called White Wabbit racing. Because of my love
horses, I was at the barn every day, I was known as the "carrot man" because I fed all the horses carrots. I became quite friendly with Jorge and his family and
offered to help him and his business whenever I could.

In my estimation Jorge was one of the best trainers. He was the leading trainer for five years at Monmouth Park and he was leading trainer at Gulfstream the y
he beat Todd Fletcher. He also had multiple graded stake wins during his career.

Jorge was hard-working, dedicated, honest and  compassionate. He treated his horses as if they were children, gave them the best of everything  and made s
they were physically fit. He is a loving family man  and a caring and reliable friend that anyone would welcome. He has been an asset to the community  and v
continue his commitment in the future.

Respectfully yours,

Warren Jurkowitz

The Honorable Mary K. Vyskocil

United States District Court Judge for the

Southern District of New York

500 Pearl Street New York, NY 10007-1312


Dear Your Honor,

My name is Rigoberto H Munoz. I am a hard-working loyal man who loves this country and all it has done for me and my family. I worked for Jorge Navarro from 2004 – 2019. I first met Jorge when I traveled to this country as an immigrant in 2004. He was the person who gave me my first job as a hotwalker in Ocala Florida. As time went by Jorge approached me and said he was looking for an assistant to help over see and run the barn. Currently, I was new to the horse industry and breaking babies (thoroughbred horses). But he saw something in me with my work ethic that he said he would give me a chance. So, I started from the bottom and worked my way up to being his assistant for over 15 years. He taught me the ways and gave me a huge chance. He was not only my boss, but he was also my friend. We grew together and became a great team. Jumping forward to my current situation, I am on my third job at the track, not because of being fired but because it's hard to work for people that don't care about the horses the way I was taught at a young age by Jorge to care. Thanks to the opportunity Jorge gave me, I was able to send money home and build a home for my mom and dad and siblings and support them financially. I am truly grateful for Jorge. I would follow Jorge around the world any day and work for him. He was a person who set me on the right path in this Country and helped me grow. I have been an assistant for three different trainers since this happen to my boss, I will tell you to this day not one compares to Jorge and the horseman he is. I would follow him around the shed row and see him point out details that others would miss including myself. Late nights caring for sick horses, traveling to three tracks in a day because he wanted to make sure his horses were taken care of right. He always did right by his employees and especially his animals, he called his children. His Horses. I will never find a boss like him. I was Blessed to be taught by a real horseman.


Thank You Your Honor,

Rigoberto H. Munoz

Dear Your Honor Vyskocil,

My name is Juan B. Garcia. I am an immigrant from Mexico City. I came to this country to better myself and help take care of my family in Mexico. In 2003 in Ocala Florida, there was new trainer that came to the training center I was working at named Jorge Navarro. I remember approaching him and asking for a job. Jorge told me he was looking for grooms, but at that time I was learning to be an exercise rider. Jorge told me he would hire me as a groom, but I will help you after a while to learn to ride. So, I took the job as a groom with the intentions to learn to ride. Jorge kept his word and after a few months Jorge started letting me shed row some of the babies we were breaking. I started learning how to ride and soon became an exercise rider for him. I was one of the first employees he hired when he came to Ocala Florida. When I became an exercise rider for Jorge, I had a bad attitude. I was taught a lesson by Jorge; he saw me hit a horse or get after one with the stick. Jorge right away saw me and told me never hit a horse like that, and don't ever let me catch you hit one of my horses. These are babies and they will carry that with them.  He told me "If you're going to work for me, you will respect my ways and do things right, and let go of your attitude, or you will not work for me. "I changed that day and respected Jorge and his kind ways when it came to his horses. This is something I carry with me to this day.  You will never see me hit a horse or loose my cool with them! I went on to work for Jorge and follow him around the Country becoming one of his best riders. I would travel with Jorge with his top horses and help take care of them. Jorge and I relationship grew to almost like a father and son type relationship.  I respected him and wanted to make sure I gave 100 percent to his job.  He taught me so much. I had a family to also care for and after traveling for a long time with Jorge it was time to go back to Ocala and raise my kids. On our way back from going to Kentucky with Private Zone I Told my boss I had to go back to Ocala. Jorge took me home and we both cried when he dropped me off in Ocala. He hugged me and said you're going to do just fine, and If I needed him, he would be right there for me.  I would call him for advice and he always to this day picks up the phone for me.  I took everything I learned from my father figure and went back to Ocala and bought a couple babies and a small home for myself. I broke them and sold them in the sales.  I have done well for myself and my family. I owe Jorge a lot for what he taught me and gave me. His friendship and father figure are what I will cherish and remember most.

Sincerely,

Juan Garcia

Juan B. Garcia

Sebastian Madrid

6101 SW 56th Court

Davie, FL  33314


September 30, 2021


To Honorable Mary K. Vyskocil,


Please let me introduce myself, my name is Sebastian Madrid. I am a retired thoroughbred jockey and currently employed at Lorraine Horse Transportation. I was first introduced to Jorge Navarro in 2009, I was appointed to ride several of the horses he was training. I found that we had a lot in common, and found Jorge a pleasure to work for. I really appreciated that he respected my knowledge regarding my riding ability. At the time I was contemplating retirement.

I believe if given the chance, Jorge's work ethic and consideration to others would be a benefit to our community.


Sincerely,

Sebastian O. Madrid