USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/16/21__

**From:** Robin Cardoza
**To:** Vyskocil NYSD Chambers
**Subject:** Jorge Navarro case.
**Date:** Wednesday, December 8, 2021 8:15:34 PM

**CAUTION - EXTERNAL:**

Dear Honorable Vyskocil,

My name is Robin Cardoza and I am trying to get a letter to you or to Damian Williams regarding Jorge Navarro.

When you sentence him please take into account his horrible character. Not only did he not care about the horse's lives in his care, he also did damage to humans.

In 2019 on the same day the FBI wiretapped and heard conversations regarding him drugging XY Jet to win February 13, he was also trying to damage my life. He caused me to lose a job that I had just been given. I hadn't told many people because I am a humble person. It was to be with a leading racing syndicate in our sport. But let me start at the beginning.

I was acting as a racing manager for a friend/owner in racing while also working in the barn of the trainer. Someone that I had suggested my friend use to train his horses. My friend Lili is a good horsewoman that takes her time with the horses, and like me, actually loves them. Lili and I got many of Carl's horses to make great comebacks from previous losing form. They were good then they were not doing well for a couple years in NY with another trainer. So I begged my friend to let us get them back to life. Which we did. There was one horse that I had a particular love for because when he was bought privately a couple years prior by Carl I was working for another trainer and we put him in the barn. She didn't do so well with Red so he sent his horses to NY with another trainer. All Star Red did great. I was always happy for him.

A couple years went by and his form was going downhill so after asking for him to let him come to Florida with me and Lilli he sent him. I was so happy! It was like being reunited with your friend. I loved this horse. He was grumpy and a little sore from running. Also was still an intact horse and would embarrass me often walking him to and from the round pens at Palm Meadows. After a while we decided to geld him. We did lots of physical therapy with this horse. Some days he was good and some days not. It was going to take some time. Chiropractic work, massages, stretching, acupuncture, going to a farm to swim, etc. We worked really hard to get Red back.

About 6 months or so later he was ready to race. He had been in for a claiming tag in NY for 25k and nobody took him so we gambled and nobody took him. His first race back he showed hope. Nothing great but there was hope. Following that race he ran a very good 2nd. The next race another 2nd. So his next race he was in for 30k and he won. But he was claimed by Jorge Navarro. This made me pretty upset because I was always fearful of someone like him claiming him. We all knew on the backstretch and also every gambler knew that this guy was cheating. It was as obvious as the day is night. This guy came from nowhere and was winning big races, big purses. Horses he would get that were average would run the fastest races of their lives. It was sickening to say the least. Also during this time he had so many drug infractions that included cocaine!! He was a degenerate gambler and I would see him stumbling drunk on race days after basically stealing from everyone. He thought his shit didn't stink. He got major drug infractions in low level races. He didnt care, he just wanted to win!!! Meanwhile other people lost out because of him.

So on the same day that XY Jet was being drugged, February 13, 2019 he claimed my friend. I text his friend Mike Tannuzzo whom I had known as an acquaintance from NY that his jerk friend claimed the horse. He was a complete asshole which actually shocked me because normally he could be funny and cool. Anyway, I saw Navarro outside and said to him, "why did you claim my friends horse?, Lilli took a long time getting him good. You could have claimed him in NY a long time ago, you will never improve him." He then got indignant and started saying stuff like "who are you?" Youre' that crazy lady on twitter blah blah blah. I told him he had no class and walked away.

I thought that would be the end of it. But nope, that narcissist got his ego bruised and went on a tirade of lies to Gulfstream security, which was his friend that also covered for him. Billy Rose. They concocted a story and I was never given due process because they had no intentions of ever being fair. I was banned from Gulfstream for 2 months which in turn would not allow me to work for this company Team Valor. My job would be to attend morning workouts and also go to the races. It was a big opportunity for me gone. I would like for you to see what he wrote to the head of the company. This was all before anyone had public knowledge of this so called ban going into effect. Also I never told people I was going to work for the company except one person that I knew from NY that I saw later on. He also happened to know Tannuzzo because at one point he had horses with Bruce Levine, Tannuzzo's employer. If you scroll down you will see his ignorant emails to Barry Irwin. He even signed them JN. Also when I told him what I did there was nobody around. This man will lie and cheat to get his way. As he did and the FBI thankfully got him. Can't thank them enough. The tracks are run by crooks themselves.

I would like you to know that this guy Navarro is a terrible human being and sadly horse racing turned a blind eye to it all for too long. Many horses suffered because of their lack of integrity. Guys like Navarro are still around. But he definitely was one of the most boastful assholes. His wife is no better. She taunted me on twitter after about me being banned from Gulfstream. Thats the mentality we are talking about here. Simple minded greedy animal abusers. Their lifestyle mattered most. Not the horses. He never loved one horse he touched. Not one! He can say he is remorseful but he isn't. He didnt care that he cost me a job and opportunity. He cared about his ego. And as we all know now, on that day he was doing what he does best, lie and cheat at the expense of others.

Please do not spare this guy one extra day of freedom.

The horses cannot speak for themselves. They are the victims here. Us humans can fight for ourselves. They cannot.

Sincerely,

Robin Cardoza

---

> Begin forwarded message:
>
> **From:** ROBIN CARDOZA <robincardoza5@gmail.com>
> **Subject: Fwd: Strange E-mail Contact**
> **Date:** December 4, 2021 at 7:53:24 AM EST
> **To:** "robincardoza5@gmail.com" <robincardoza5@gmail.com>
>
>> Begin forwarded message:
>>
>> **From:** Barry Irwin <barry@teamvalor.com>
>> **Subject: Strange E-mail Contact**
>> **Date:** February 16, 2019 at 7:46:02 PM EST
>> **To:** robincardoza5@gmail.com
>>
>> This afternoon I received this:
>>
>> 1:02 PM (6 hours ago)
>>
>> **john harry <horseracingfan12345@aol.com>**
>> to Barry
>>
>> Barry,
>>
>> I want to be the first to thank you for hiring Robin Cordoza. She will truly change the course of Team Valors future. I am sure you have made arrangements to have other employees represent you at the Stronach properties as i'm sure you know now that she has been ruled off all of their properties because of her professional behavior or lack of it. Good Luck
>>
>> I replied "Huh? Please introduce yourself."
>>
>> He came back with this:
>>
>> 1:43 PM (6 hour
>>
>> **john harry**
>> to me

Barry,

My name is John and I am a frequent visitor of Gulfstream Park. I witnessed a woman who says she works for you absolutely embarrassed herself and everyone around her the other day. I was completely in shock that your name came into the mix. Wish you and the team much success. Animal Kingdom is one of my favorite horse.

John N.

 What do you make of this?

Barry Irwin
CEO
Team Valor International
(859) 873-1003 (o)
(859) 621-8186 (c)
barry@teamvalor.com


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.