```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

           v.

Jorge Navarro,

                    Defendant.

**Order of Restitution**

**S6 20 Cr. 160 (MKV)**

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Andrew C. Adams and Sarah Mortazavi, Assistant United States Attorneys, of counsel; the presentence investigation report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** Jorge Navarro, the Defendant, shall pay restitution in the total amount of $25,860,514 to the victims of the offense charged in Count One of the Indictment. The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

[Continued]

09.10.2013

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offense charged in Count One of the above Indictment. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and any co-defendant in this matter.

Dated: New York, New York

December __17__, 2021

_____
The Honorable May Kay Vyskocil
UNITED STATES DISTRICT JUDGE