UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS
ZULUETA, MICHAEL TANNUZZO, SETH
FISHMAN, LISA GIANNELLI, JORDAN
FISHMAN, RICK DANE, JR., CHRISTOPHER
OAKES, JASON SERVIS, KRISTIAN RHEIN,
MICHAEL KEGLEY, JR., ALEXANDER CHAN,
and REBECCA LINKE,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/7/2022___

20-cr-00160 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

In light of the adjournment of the trial in another case, the trial of the Group I defendants

will begin on January 19, 2022.

**SO ORDERED.**

**Date:  January 7, 2022**
**        New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**