

# THE KREISS LAW FIRM
### FEDERAL AND STATE CRIMINAL DEFENSE

---

**1824 SOUTHEAST FOURTH AVENUE**  
**FORT LAUDERDALE, FLORIDA 33316**

**TELEPHONE 954.525.1971**  
**FAX 954.525.1978**

February 3, 2022

Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street, Room 2230  
New York, NY 10007  
**SENT VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2022
```

**Re.:  United States v. Jorge Navarro  
20-CR-160-MKV**

**Granted. SO ORDERED.**

Date: Feb. 3, 2022  
New York, New York

/s/ Mary Kay Vyskocil  
Mary Kay Vyskocil  
United States District Judge

Dear Judge Vyskocil,

I write on behalf of my client Jorge Navarro who was sentenced in this manner on December 17, 2021 to a period of incarceration of 60 months. At the time of sentencing, the Court granted Mr. Navarro's request for a 60-day surrender date which is currently set for February 17, 2022.

While preparing for his impending incarceration, Mr. Navarro had an eye examination which revealed a condition that requires a surgical procedure. The earliest date that his ophthalmologist could schedule the surgery is February 16, 2022. Mr. Navarro is respectfully requesting a 30-day extension of his surrender date to have the needed surgical procedure and aftercare with his ophthalmologist.

Undersigned counsel conferred with AUSA Andrew Adams who stated that the government does not oppose this request.

Thank you for your consideration of this matter.

                                                     Respectfully submitted,

                                                     */s/ Jason W. Kreiss*  
                                                     Jason W. Kreiss, Esquire  
                                                     Attorney for Defendant Navarro

cc.:    Assistant United States Attorneys  
          Andrew Adams, Esq.  
          Sarah Mortazavi, Esq.